**2100 B (12/15)**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 16-22569-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

Edward F. Fisher, Jr.
6758 Elk Rush Drive
Imperial PA 15126

Susan D. Fisher
6758 Elk Rush Drive
Imperial PA 15126

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/16/2018.

Name and Address of Alleged Transferor(s):

Claim No. 11: BANK OF AMERICA, N.A., BANK OF AMERICA, PO BOX 31785, TAMPA, FL, 33631-3785

Name and Address of Transferee:

CARRINGTON MORTGAGE SERVICES as Servicer
for BANK OF AMERICA, N.A.
PO BOX 3730
Anaheim, CA 92806

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    08/19/18

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Edward F. Fisher, Jr.
Susan D. Fisher
        Debtors

Case No. 16-22569-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: lfin            Page 1 of 1            Date Rcvd: Aug 17, 2018
                               Form ID: trc          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2018.
14322623         BANK OF AMERICA, N.A.,    BANK OF AMERICA,    PO BOX 31785,    TAMPA, FL, 33631-3785

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2018                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2018 at the address(es) listed below:
          Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
           agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
          Bryan P. Keenan    on behalf of Debtor Edward F. Fisher, Jr. keenan662@gmail.com,
           melindap662@gmail.com
          Bryan P. Keenan    on behalf of Joint Debtor Susan D. Fisher keenan662@gmail.com,
           melindap662@gmail.com
          Chrisovalanate P. Fliakos    on behalf of Creditor    Bank Of America, N.A. pawb@fedphe.com
          James Warmbrodt    on behalf of Creditor    Bank Of America, N.A. bkgroup@kmllawgroup.com
          James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. C/O CARRINGTON MORTGAGE SERVICES,
           LLC. bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Township of North Fayette jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    West Allegheny School District jhunt@grblaw.com,
           cnoroski@grblaw.com
          Joseph P. Schalk    on behalf of Creditor    Bank Of America, N.A. jschalk@barley.com,
           sromig@barley.com
          Michael E. Fiffik    on behalf of Creditor    Spencer's Service Center mfiffik@wgsf-law.com,
           nreyes@wgsf-law.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                              TOTAL: 13