# IN UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 16-22569-JAD** |
| **Edward F. Fisher** | ) | **Chapter 13** |
| **Susan D. Fisher** | ) | **Doc No. 7** |
|    Debtor | ) | |
| **Edward F. Fisher** | ) | |
|    Movant | ) | **Motion No. ☐ WO-1** |
|    v. | ) | |
| **Autovin** | ) | |
|    Respondent | ) | |

## CERTIFICATE OF SERVICE FOR COURT ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT AND NOTIFICATION OF THE DEBTOR'S SOCIAL SECURITY NUMBER

I, Bryan P. Keenan, Esquire , certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on May 20, 2019

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail and electronic notification.**

**1.) Service by Electronic Notification** –
a. **Office of the U.S. Trustee,** at ustpregion03.pi.ecf@usdoj.gov
b. **Office of the Chapter 13 Trustee**, Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com

**2.) Service by First Class Mail--**
**a.** Edward F. Fisher, 6758 Elk Rush Drive, Imperial, PA 1512
b. Autovin, Attn: Payroll Manager, 13085 Hamilton Crossing Boulevard, Carmel, IN 46032

Executed on: **May 20, 2019**           **/s/Bryan P. Keenan**
                                                 Bryan P. Keenan, PA ID No. 89053
                                                 Bryan P. Keenan & Associates P.C.
                                                 Attorney for Debtor
                                                 993 Greentree Road, Suite 101
                                                 Pittsburgh, PA 15220
                                                 (412) 922-5116
                                                 keenan662@gmail.com