IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| CASE NAME | Edward F. Fisher, Jr., and Susan D. Fisher |
|---|---|
| CASE NO. | 16-22569-JAD |
| RELATED TO DOCUMENT NO. | NOTICE OF MORTGAGE PAYMENT CHANGE FILED ON 06/10/2019 RE: CLAIM #7 |

NOTICE REGARDING
NONCONFORMING DOCUMENT

The Notice of Mortgage Payment Change that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

The name of Debtor #1 (Susan D. Fisher) is spelled incorrectly in all of the captions. This has been filed incorrectly before. Please refile the Notice of Mortgage Payment Change to correct this.

**Please attach a copy of this Notice to the front of the Notice of Mortgage Payment Change that is filed in response to this Notice.**

|  |  |  |
|---|---|---|
| June 12, 2019 | By: | /s/ Hayley Smith |
| Date |  | Deputy Clerk |

#107c-I

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 16-22569-JAD
Edward F. Fisher, Jr.                                           Chapter 13
Susan D. Fisher
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: hsmi              Page 1 of 1          Date Rcvd: Jun 12, 2019
                              Form ID: pdf901         Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2019.
```
cr             +Citizens Bank N.A.,    One Citizens Bank Way JCA115,    Johnston, RI 02919-1922
               +Citizens Bank. N.A.,    c/o Jennifer Dellatore,    One Citizens Bank Way JCA115,
                 Johnston, RI 02919-1922
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2019 at the address(es) listed below:
```
              Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
              Bryan P. Keenan    on behalf of Debtor Edward F. Fisher, Jr. keenan662@gmail.com,
               melindap662@gmail.com
              Bryan P. Keenan    on behalf of Joint Debtor Susan D. Fisher keenan662@gmail.com,
               melindap662@gmail.com
              Chrisovalanate P. Fliakos    on behalf of Creditor    Bank Of America, N.A. pawb@fedphe.com
              James  Warmbrodt    on behalf of Creditor    Bank Of America, N.A. bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. C/O CARRINGTON MORTGAGE SERVICES,
               LLC. bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    West Allegheny School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Township of North Fayette jhunt@grblaw.com,
               cnoroski@grblaw.com
              Joseph P. Schalk    on behalf of Creditor    Bank Of America, N.A. jschalk@barley.com,
               sromig@barley.com
              Michael E. Fiffik    on behalf of Creditor    Spencer's Service Center mfiffik@wgsf-law.com,
               nreyes@wgsf-law.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 13
```