# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In Re:** ) | **Bankruptcy No. 16-22569-JAD** |
| **Edward F. Fisher Jr.** ) | **Chapter 13** |
| **Susan D. Fisher, aka Susan D. Bernaciak** ) | |
|     **Debtor** ) | **Doc No.** |
| **Edward F. Fisher Jr.** ) | **Related to Claim No. 7** |
| **Susan D. Fisher, aka Susan D. Bernaciak** ) | |
|     **Movant** ) | |
| **Citizens Bank N.A.** ) | |
|     **And** ) | |
| **Ronda J. Winnecour, (Esquire) Chapter 13 Trustee** ) | |
|     **Respondent(s)** ) | |

## CERTIFICATE OF SERVICE OF DECLARATION OF DEBTOR'S COUNSEL THAT THE MARCH 27, 2017 CHAPTER 13 PLAN IS ADEQUATLEY FUNDED TO ACCOMODATE THE NOTICE OF MORTAGE PAYMENT CHANGE

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on April 21, 2021

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail and electronic notification.**

**1.) Service by Electronic Notification** –
a. **Office of the U.S. Trustee,** at ustpregion03.pi.ecf@usdoj.gov
b. **Office of the Chapter 13 Trustee**, Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com

**2.) Service by First Class Mail--**
a. Edward and Susan Fisher, 6758 Elk Rush Drive, Imperial, PA 15126
b. Citizens Bank, One Citizens Bank Way JCA115, Johnston, RI 02919

Date: April 21, 2021                            **/s/ Bryan P. Keenan**
                                                                  Bryan P. Keenan, PA ID No. 89053
                                                                  Bryan P. Keenan & Associates P.C.
                                                                  Attorney for Debtor
                                                                  993 Greentree Road, Suite 101
                                                                  Pittsburgh, PA 15220
                                                                  (412) 922-5116
                                                                  keenan662@gmail.com