## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 16-22569-JAD** |
| **Edward F. Fisher Jr.** | ) | **Chapter 13** |
| **Susan D. Fisher** | ) | **Document No. _____** |
| **Debtors** | ) | |
| **Susan D. Fisher** | ) | **Response due: 04/29/2021** |
| **Movant** | ) | **Hearing Date & Time: 5/12/2021** |
| **vs.** | ) | **at 11:00 a.m.** |
| **No Respondents** | ) | |

### CERTIFICATION OF NO OBJECTION REGARDING
### DEBTOR'S NUNC PRO TUNC MOTION FOR COURT APPROVAL
### TO USE FUNDS SECURED FROM A 401K DISTRIBUION
### TO CURE THE CHAPTER 13 PLAN PAYMENTA RREARS
### DUE TO A REDUCTION IN THE HOUSEHOLD INCOME

The undersigned hereby certifies, as of the date hereof, no motion, answer or other responsive pleading to the Motion for Court Approval to Apply for and Receive a Hardship Withdrawal From 401(k) Plan, has been received. The undersigned further certifies that the Court's docket in the case has been reviewed and no motion, answer or other responsive pleading appears thereon. Pursuant to the Hearing Notice, a motion or answer to the Motion were to be filed and served no later than **April 29, 2021**

It is hereby respectfully requested that the Order to the Motion be entered by the court.

Date: **April 30, 2021**

/s/ Bryan P. Keenan
Bryan P. Keenan, PA ID No. 89053
Bryan P. Keenan & Associates P.C.
Attorney for Debtor
993 Greentree Road, Suite 101
Pittsburgh, PA 15220
(412) 922-5116
keenan662@gmail.com