**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

05/03/2021

IN RE:

EDWARD F. FISHER, JR.
SUSAN D. FISHER
6758 ELK RUSH DRIVE
IMPERIAL, PA 15126
XXX-XX-4480          Debtor(s)

XXX-XX-5897

Case No. 16-22569 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502(a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

5/3/2021

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account |
|---|---|---|
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC** <br> ATTN BANKRUPTCY NOTICING <br> 4515 N SANTA FE AVE DEPT APS <br> OKLAHOMA CITY, OK  73118 | Trustee Claim Number: 1   INT %: 0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT:  CAP 1 AUTO/PRAE | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |
| **ALLY FINANCIAL(*)** <br> ATTN TRUSTEE PAYMENT CENTER <br> PO BOX 78367 <br> PHOENIX, AZ  85062-8367 | Trustee Claim Number: 2   INT %: 5.50% <br> Court Claim Number: 3 <br> CLAIM:  10,783.20 <br> COMMENT:  $CL3GOV@5.5%MDF/PL | CRED DESC:  VEHICLE <br> ACCOUNT NO.:  8148 |
| **BANK OF AMERICA NA\*\*** <br> C/O CARRINGTON MORTGAGE SVCS LLC <br> PO BOX 3730 <br> ANAHEIM, CA  92806 | Trustee Claim Number: 3   INT %: 0.00% <br> Court Claim Number: 11 <br> CLAIM:  0.00 <br> COMMENT:  PMT/DECL*DKT4 PMT-LMT*BGN 8/16*FR BANK OF AMERICA-DOC 91 | CRED DESC:  MORTGAGE REGULAR PAYMEI <br> ACCOUNT NO.:  3198 |
| **BANK OF AMERICA\*\*** <br> RETAIL PAYMENT SERVICES <br> PO BOX 660933 <br> DALLAS, TX  75266-0933 | Trustee Claim Number: 4   INT %: 0.00% <br> Court Claim Number: NC <br> CLAIM:  0.00 <br> COMMENT:  SUBORDINATE MRTG~NO PMTS DUE/PL*NT ADR/SCH | CRED DESC:  MORTGAGE REGULAR PAYMEI <br> ACCOUNT NO.:  3198 |
| **CAPITAL ONE AUTO FINANCE\*\*** <br> C/O AIS PORTFOLIO SERVICES LP <br> PO BOX 4360 <br> HOUSTON, TX  77210-4360 | Trustee Claim Number: 5   INT %: 7.87% <br> Court Claim Number: 6 <br> CLAIM:  10,192.46 <br> COMMENT:  $-CL@7.87%MDF/PL*PIF/CR | CRED DESC:  VEHICLE <br> ACCOUNT NO.:  7686 |
| **CITIZENS BANK NA(*)** <br> 1 CITIZENS DR <br> MS ROP15B <br> RIVERSIDE, RI  02915 | Trustee Claim Number: 6   INT %: 0.00% <br> Court Claim Number: 7 <br> CLAIM:  0.00 <br> COMMENT:  PMT/DECLAR*DKT4PMT-LMT*$0 ARRS/PL*BGN 7/16 | CRED DESC:  MORTGAGE REGULAR PAYMEI <br> ACCOUNT NO.:  5226 |
| **SPENCERS SERVICE CENTER** <br> C/O WELCH GOLD SIEGEL & FIFFIK PC <br> 428 FORBES AVE STE 1240 <br> PITTSBURGH, PA  15219 | Trustee Claim Number: 7   INT %: 0.00% <br> Court Claim Number: 17-2 <br> CLAIM:  165,011.89 <br> COMMENT:  AVD/OE*CONFESSED JDGMT*AMD*DKT | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  1889 |
| **SPENCERS SERVICE CENTER** <br> 2111 MONTOUR WEST INDUSTRIAL B <br> CORAOPOLIS, PA  15108 | Trustee Claim Number: 8   INT %: 0.00% <br> Court Claim Number: 17-2 <br> CLAIM:  0.00 <br> COMMENT:  SURR/PL*AMD*SEE CID 7*DKT*AVOIDED | CRED DESC:  SECURED CREDITOR <br> ACCOUNT NO.:  1889 |
| **WELCH GOLD & SIEGEL PC** <br> 428 FORBES AVE STE 1240 <br> PITTSBURGH, PA  15219 | Trustee Claim Number: 9   INT %: 0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT: | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |
| **WEST ALLEGHENY SD & N FAYETTE TWP (EIT)** <br> C/O JORDAN TAX SVC - DLNQ CLLCTR <br> 102 RAHWAY RD <br> MCMURRAY, PA  15317 | Trustee Claim Number: 10  INT %: 0.00% <br> Court Claim Number: 8-3 <br> CLAIM:  3,950.95 <br> COMMENT:  109975 126785*CL 8-2@3898.59GOVS*3090.02@0%/PL~05-07*05-08,10-14/CL | CRED DESC:  PRIORITY CREDITOR <br> ACCOUNT NO.:  9975 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **ADVANCED AUTO PARTS**<br>PO BOX 742063<br><br>ATLANTA, GA 30374-2063 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2684 |
| **BANK OF AMERICA NA\*\***<br>PO BOX 15102<br><br>WILMINGTON, DE 19886-5102 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 3,343.11<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1490 |
| **BANK OF AMERICA\*\***<br>RETAIL PAYMENT SERVICES<br>PO BOX 660933<br>DALLAS, TX 75266-0933 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1630 |
| **CAN CAPITAL ASSET SERVICES INC**<br>2015 VAUGHN RD NW BLDG 500<br><br>KENNESAW, GA 30144 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 16,884.64<br>COMMENT: ACCT/SCH~NO ACCT/CL\*BIZ LOAN | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8716 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI**<br>PO BOX 71083<br><br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 2,918.36<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4635 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI**<br>PO BOX 71083<br><br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 296.72<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5878 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br><br>WILMINGTON, DE 19850 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4457 |
| **CITIZENS BANK NA(\*)**<br>1 CITIZENS DR<br>MS ROP15B<br>RIVERSIDE, RI 02915 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9001 |
| **CLEARVIEW FCU\*\***<br>8805 UNIVERSITY BLVD<br><br>MOON TWP, PA 15108-4212 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 5,838.64<br>COMMENT: 0004/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1804 |
| **CRAIG AND RENEE SCHOENFELDER**<br>274 GRANGE RD<br><br>MCDONALD, PA 15057 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2016 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 2,609.53<br>COMMENT: 7034/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2412 |
| **DUQUESNE LIGHT COMPANY***<br>ATTN: TARA R PFEITER, LITIGATION COUNSEL<br>411 7TH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2251 |
| **ERIE INSURANCE GROUP**<br>100 ERIE INSURANCE PLACE<br>ERIE, PA 16530 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7914 |
| **ERIE INSURANCE GROUP**<br>100 ERIE INSURANCE PLACE<br>ERIE, PA 16530 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1361 |
| **ERIE PATHOLOGY ASSOCIATES**<br>232 W 25TH ST<br>ERIE, PA 16544 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **FIRST COMMONWEALTH BANK***<br>POB 400*<br>INDIANA, PA 15701 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7544 |
| **DEPARTMENT STORES NATIONAL BANK**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br>KIRKLAND, WA 98083-0657 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 1,257.26<br>COMMENT: MACYS/CITIBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1730 |
| **OLIVERIO BUICK**<br>1110 LAUREL HILL RD<br>MCDONALD, PA 15057 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 857.04<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4597 |
| **RAINEATER OF PITTSBURGH**<br>49 N WREN DR<br>PITTSBURGH, PA 15243 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **REPUBLIC SERVICES**<br>73 W NOBLESTOWN RD<br><br>CARNEGIE, PA 15106 | Trustee Claim Number:31 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4493 |
| **SANTANDER CONSUMER USA\*\***<br>PO BOX 961245<br><br>FT WORTH, TX 76161-1245 | Trustee Claim Number:32 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~PAID IN FULL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1000 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:33 INT %: 0.00%<br>Court Claim Number:14<br>CLAIM: 1,339.51<br>COMMENT: SEARS MASTERCARD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7806 |
| **STATION AUTO PARTS**<br>404 LOCUST ST<br><br>CORAOPOLIS, PA 15108 | Trustee Claim Number:34 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4280 |
| **TIRE CENTERS INC**<br>87-97 W CHESTNUT ST<br><br>WASHINGTON, PA 15301 | Trustee Claim Number:35 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **VERIZON++**<br>500 TECHNOLOGY DR STE 30<br><br>WELDON SPRING, MO 63304 | Trustee Claim Number:36 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1387 |
| **WELCH GOLD & SIEGEL PC**<br>428 FORBES AVE STE 1240<br><br>PITTSBURGH, PA 15219 | Trustee Claim Number:37 INT %: 0.00%<br>Court Claim Number:16<br>CLAIM: 1,408.17<br>COMMENT: OUTSTANDING ATTORNEY FEES | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0093 |
| **WEST ALLEGHENY SD & N FAYETTE TWP (EIT)**<br>C/O JORDAN TAX SVC - DLNQ CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number:38 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: 4480,5897~05-08,10/SCH\*NT LISTED/AMD F\*SEE CID 47 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4480 |
| **WEST PENN POWER\***<br>ATTN BANKRUPTCY<br>5001 NASA BLVD<br>FAIRMONT, WV 26554 | Trustee Claim Number:39 INT %: 0.00%<br>Court Claim Number:9<br>CLAIM: 129.89<br>COMMENT: 9701/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9232 |
| **FIRST COMMONWEALTH BANK**<br>C/O AAS DEBT RECOVERY INC<br>POB 129\*<br>MONROEVILLE, PA 15146 | Trustee Claim Number:40 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **BRENNAN AND CLARK**<br>721 E MADISON STE 200<br><br>VILLA PARK, IL  60181 | Trustee Claim Number:41  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 3870 |
| **CREDIT PROTECTION ASSOC++**<br>13355 NOEL RD<br>21ST FLOOR<br><br>DALLAS, TX  75240 | Trustee Claim Number:42  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 4597 |
| **PENN CREDIT CORP++**<br>POB 988*<br><br>HARRISBURG, PA  17108 | Trustee Claim Number:43  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **PADGETT BUSINESS SERVICES**<br>329 FOREST GROVE RD STE 210A<br><br>CORAOPOLIS, PA  15108 | Trustee Claim Number:44  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT:  /AMD F | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: NOO1 |
| **WEST ALLEGHENY SD & N FAYETTE TWP (EIT)**<br>C/O JORDAN TAX SVC - DLNQ CLLCTR<br>102 RAHWAY RD<br><br>MCMURRAY, PA  15317 | Trustee Claim Number:45  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: 4480;5897/SCH*DUP@CID 10*STRCKN/CONF AS DUP@PL*DKT | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 4480 |
| **CITIZENS BANK NA(*)**<br>1 CITIZENS DR<br>MS ROP15B<br><br>RIVERSIDE, RI  02915 | Trustee Claim Number:46  INT %: 0.00%<br>Court Claim Number:7<br>CLAIM: 187.65<br>COMMENT: CL7ARRS GOV*ARREARS/PL=$0*THRU 6/16 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 5226 |
| **WEST ALLEGHENY SD & N FAYETTE TWP (EIT)**<br>C/O JORDAN TAX SVC - DLNQ CLLCTR<br>102 RAHWAY RD<br><br>MCMURRAY, PA  15317 | Trustee Claim Number:47  INT %: 0.00%<br>Court Claim Number:8-3<br>CLAIM: 0.00<br>COMMENT: DKT*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9975 |
| **BANK OF AMERICA NA****<br>C/O CARRINGTON MORTGAGE SVCS LLC<br>PO BOX 3730<br><br>ANAHEIM, CA  92806 | Trustee Claim Number:48  INT %: 0.00%<br>Court Claim Number:11<br>CLAIM: 1,288.88<br>COMMENT: $/PL-CL*THRU 7/16*FR BANK OF AMERICA-DOC 91 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 3198 |
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA  19106 | Trustee Claim Number:49  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CARRINGTON~BOA/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |