**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | ) | **Bankruptcy No. 16-22569-JAD** |
| **Edward F. Fisher Jr.** | ) | **Chapter 13** |
| **Susan D.  Fisher** | ) | **Document No. _____** |
| **Debtors** | ) | |
| **Susan D.  Fisher** | ) | **Response due: 04/29/2021** |
| **Movant** | ) | **Hearing Date & Time: 5/12/2021** |
| vs. | ) | **at 11:00 a.m.** |
| **No Respondents** | ) | Related to Doc. #118 |

**ORDER APPROVING DEBTOR'S  NUNC PRO TUNC MOTION FOR COURT
APPROVALTO USE FUNDS SECURED FROM A 401K DISTRIBUION
TO CURE THE CHAPTER 13 PLAN PAYMENT ARREARS
DUE TO A REDUCTION IN THE HOUSEHOLD INCOME**

AND NOW, this _____6th_____ day of _____May_____, 2021, on Motion of the Movant, it is hereby **ORDERED, ADJUDGED AND DECREED** that the Movan may use the funds secured from her 401k withdrawal to cure the post petition plan arrears.

By the Court

_____ sjk
Honorable Jeffery A. Deller
United States Bankruptcy Judge

FILED
5/6/21 2:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 16-22569-JAD

Edward F. Fisher, Jr.                                                                     Chapter 13

Susan D. Fisher

     Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: lfin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 06, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Edward F. Fisher, Jr., Susan D. Fisher, 6758 Elk Rush Drive, Imperial, PA 15126-9289 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2021                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brett A. Solomon | |
| | on behalf of Creditor Ally Financial brett.solomon@solomon-legal.com |
| Brian Nicholas | |
| | on behalf of Creditor BANK OF AMERICA  N.A. C/O CARRINGTON MORTGAGE SERVICES, LLC. bnicholas@kmllawgroup.com |
| Brian Nicholas | |
| | on behalf of Creditor Bank Of America  N.A. bnicholas@kmllawgroup.com |
| Bryan P. Keenan | |
| | on behalf of Debtor Edward F. Fisher  Jr. keenan662@gmail.com, melindap662@gmail.com |
| Bryan P. Keenan | |
| | on behalf of Joint Debtor Susan D. Fisher keenan662@gmail.com  melindap662@gmail.com |
| Chrisovalanate P. Fliakos | |

District/off: 0315-2 User: lfin Page 2 of 2
Date Rcvd: May 06, 2021 Form ID: pdf900 Total Noticed: 1

on behalf of Creditor Bank Of America  N.A. pawb@fedphe.com

Jeffrey R. Hunt

on behalf of Creditor West Allegheny School District jhunt@grblaw.com  cnoroski@grblaw.com

Jeffrey R. Hunt

on behalf of Creditor Township of North Fayette jhunt@grblaw.com  cnoroski@grblaw.com

Joseph P. Schalk

on behalf of Creditor Bank Of America  N.A. jschalk@barley.com, sromig@barley.com

Joshua I. Goldman

on behalf of Creditor BANK OF AMERICA  N.A. josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com

Michael E. Fiffik

on behalf of Creditor Spencer's Service Center mfiffik@fiffiklaw.com  nreyes@fiffiklaw.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com


TOTAL: 14