**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　EDWARD F. FISHER, JR.<br>SUSAN D. FISHER<br>　　　　Debtor(s)<br>　Ronda J. Winnecour, Trustee<br>　　Movant<br>　　　vs.<br>　EDWARD F. FISHER, JR.<br>SUSAN D. FISHER<br><br>　　　Respondents | Case No.16-22569JAD<br><br><br>Chapter 13<br><br><br>Related to<br>Document No. __129__ |

**ORDER TO STOP PAYROLL DEDUCTIONS**

　AND NOW, this ___30th___ day of ___July___, 20__21__, it is hereby ORDERED, ADJUDGED, and DECREED that,

　　　　　Thermo Fisher Scientific
　　　　　Attn : Payroll Manager
　　　　　300 Industry Drive
　　　　　Pittsburgh, PA 15275

is hereby ordered to immediately terminate the attachment of the wages of SUSAN D. FISHER, social security number XXX-XX-5897. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of SUSAN D. FISHER.

BY THE COURT:

_____/s/ JBC/sjk_____
UNITED STATES BANKRUPTCY JUDGE
Jeffery A. Deller

cc: Debtor(s)
　　Debtor(s) Attorney
　　Debtor(s) Employer

FILED
7/30/21 11:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-22569-JAD |
| Edward F. Fisher, Jr. | Chapter 13 |
| Susan D. Fisher | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: culy | Page 1 of 2 |
| Date Rcvd: Jul 30, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Edward F. Fisher, Jr., Susan D. Fisher, 6758 Elk Rush Drive, Imperial, PA 15126-9289 |
| | + Thermo Fisher Scientific, Attn: Payroll Manager, 300 Industry Drive, Pittsburgh, PA 15275-1001 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2021          Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brett A. Solomon | on behalf of Creditor Ally Financial brett.solomon@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor BANK OF AMERICA N.A. C/O CARRINGTON MORTGAGE SERVICES, LLC. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Bank Of America N.A. bnicholas@kmllawgroup.com |
| Bryan P. Keenan | on behalf of Debtor Edward F. Fisher Jr. keenan662@gmail.com, melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com |
| Bryan P. Keenan | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: culy | Page 2 of 2 |
| Date Rcvd: Jul 30, 2021 | Form ID: pdf900 | Total Noticed: 2 |

        on behalf of Joint Debtor Susan D. Fisher keenan662@gmail.com
        melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com

Chrisovalanate P. Fliakos
        on behalf of Creditor Bank Of America N.A. pawb@fedphe.com

Jeffrey R. Hunt
        on behalf of Creditor Township of North Fayette jhunt@grblaw.com cnoroski@grblaw.com

Jeffrey R. Hunt
        on behalf of Creditor West Allegheny School District jhunt@grblaw.com cnoroski@grblaw.com

Joseph P. Schalk
        on behalf of Creditor Bank Of America N.A. jschalk@barley.com, sromig@barley.com

Joshua I. Goldman
        on behalf of Creditor BANK OF AMERICA N.A. josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com

Michael E. Fiffik
        on behalf of Creditor Spencer's Service Center mfiffik@fiffiklaw.com nreyes@fiffiklaw.com

Office of the United States Trustee
        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
        cmecf@chapter13trusteewdpa.com

S. James Wallace
        on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

TOTAL: 14