**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　EDWARD F. FISHER, JR.<br>SUSAN D. FISHER<br>　　　　Debtor(s)<br>　Ronda J. Winnecour, Trustee<br>　　Movant<br>　　　vs.<br>　EDWARD F. FISHER, JR.<br>SUSAN D. FISHER<br><br>　　　Respondents | Case No.16-22569JAD<br><br><br><br>Chapter 13<br><br>　Related to<br>Document No.___130___ |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ___30th___ day of ___July___, 20_21_, it is hereby ORDERED, ADJUDGED, and DECREED that,

Autovin<br>
Attn: Payroll Manager<br>
13085 Hamilton Crossing Blvd<br>
Carmel, IN 46032

is hereby ordered to immediately terminate the attachment of the wages of EDWARD F. FISHER, JR., social security number XXX-XX-4480. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of EDWARD F. FISHER, JR..

BY THE COURT:

_____sjk_____
UNITED STATES BANKRUPTCY JUDGE
Jeffery A. Deller

cc: Debtor(s)
　Debtor(s) Attorney
　Debtor(s) Employer

FILED
7/30/21 11:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 16-22569-JAD
Edward F. Fisher, Jr.  Chapter 13
Susan D. Fisher
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: culy  Page 1 of 2
Date Rcvd: Jul 30, 2021  Form ID: pdf900  Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Edward F. Fisher, Jr., Susan D. Fisher, 6758 Elk Rush Drive, Imperial, PA 15126-9289 |
| | + Autovin, Attn: Payroll Manager, 13085 Hamilton Crossing Blvd., Carmel, IN 46032-1412 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2021  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brett A. Solomon | on behalf of Creditor Ally Financial brett.solomon@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor BANK OF AMERICA N.A. C/O CARRINGTON MORTGAGE SERVICES, LLC. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Bank Of America N.A. bnicholas@kmllawgroup.com |
| Bryan P. Keenan | on behalf of Debtor Edward F. Fisher Jr. keenan662@gmail.com, melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com |
| Bryan P. Keenan | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: culy | Page 2 of 2 |
| Date Rcvd: Jul 30, 2021 | Form ID: pdf900 | Total Noticed: 2 |

|  |  |
|---|---|
| | on behalf of Joint Debtor Susan D. Fisher keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com |
| Chrisovalanate P. Fliakos | on behalf of Creditor Bank Of America  N.A. pawb@fedphe.com |
| Jeffrey R. Hunt | on behalf of Creditor Township of North Fayette jhunt@grblaw.com  cnoroski@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor West Allegheny School District jhunt@grblaw.com  cnoroski@grblaw.com |
| Joseph P. Schalk | on behalf of Creditor Bank Of America  N.A. jschalk@barley.com, sromig@barley.com |
| Joshua I. Goldman | on behalf of Creditor BANK OF AMERICA  N.A. josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| Michael E. Fiffik | on behalf of Creditor Spencer's Service Center mfiffik@fiffiklaw.com  nreyes@fiffiklaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com |

TOTAL: 14