IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** ) | Bankruptcy No. **16-22569-JAD** | |
| **Edward F. Fisher Jr.** ) | **Chapter 13** | |
| **Susan D. Fisher** ) | **Doc No.** | |
|     **Debtor** ) | | |
| **Edward F. Fisher Jr.** ) | | |
| **Susan D. Fisher** ) | | |
|     **Movant** ) | | |
| vs ) | | |
|     **No Respondent** ) | | |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:

    **XX The Debtors are not required to pay any Domestic Support Obligations**

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On **October 24, 2016** at **docket number 55,** the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by **undersigned Counsel duly questioned the Debtors about the statements in this Certification and verified the answers in support of this Certification.]**

Dated: **August 2, 2021**                      /s/ Bryan P. Keenan
                                               **Bryan P. Keenan, PA ID # 89053**
                                               **Bryan P. Keenan & Associates, P.C.**
                                               **Attorneys for Debtor**
                                               **993 Greentree Road, Suite 101**
                                               **Pittsburgh, PA 15220**
                                               **(412)-922-5116**
                                               **keenan662@gmail.com**