**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: ) | Bankruptcy No. 16-22569-JAD | |
| Edward F. Fisher, Jr. ) | Chapter 13 | |
| Susan D. Fisher, aka Susan D. Bernaciak ) | Doc No. __ | |
| Debtor ) | Response Due: 8/27/2021 | |
| Bryan Keenan, Esquire ) | Hearing date: 9/15/2021 | |
| APPLICANT ) | at 11:00 a.m. | |
| vs. ) | | |
| ) | Related to Doc. #137 | |
| No Respondent(s) ) | | |

### ORDER OF COURT

AND NOW, to-wit, this __9th__ day of __September__, 2021, upon consideration of the Application of Bryan Keenan, Esquire for Final Compensation and Reimbursement of Expenses as Counsel for the Debtors, it is hereby ORDERED that fees and expenses be approved for their services rendered and expenses incurred from for the period of May 15, 2017 through August 10, 2021 in the total amount of $14,947.97 which represents $14,200.06 in attorney fees and $747.37 for costs.

Counsel for the debtor has previously received $11,787.14 which represents $11,225.00 in attorney fees and $562.14 for costs for the period from July 12, 2016 through May 13, 2017 The balance of $3,160.83 that remains due represents $2,975.60 for fees and $185.23 for costs for the period from May 14, 2017 through August 10, 2021.

Any Fee balance approved by this Order, beyond the amounts approved in prior confirmed plans, shall be paid after and not reduce any monies due to creditor s under the confirmed plan including the distribution to unsecured creditors up to the plan base. To the extent that funds have been paid by or on behalf of the Debtor beyond the plan base, the Chapter 13 Trustee is authorized to increase the plan base to be used solely to pay the attorney fees and costs approved by the Order.

If the Chapter 13 Trustee does not have sufficient funds to pay the balance in full, Counsel for the Debtor has agreed to be paid from monies already paid by or on behalf of the Debtor to the Trustee and allow the case to be closed without requiring additional payments by the Debtor. Any amount due to Debtor's Counsel beyond what is distributed by the Trustee, is

expressly waived by Debtor's Counsel and will not be collected from Debtor either through the plan or outside of the Bankruptcy Case.

BY THE COURT

_____
Honorable Jeffery A. Deller
UNITED STATES BANKRUPTCY JUDGE

FILED
9/9/21 10:55 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-22569-JAD |
| Edward F. Fisher, Jr. | Chapter 13 |
| Susan D. Fisher | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dpas | Page 1 of 2 |
| Date Rcvd: Sep 09, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Edward F. Fisher, Jr., Susan D. Fisher, 6758 Elk Rush Drive, Imperial, PA 15126-9289 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2021                         Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brett A. Solomon | on behalf of Creditor Ally Financial brett@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor BANK OF AMERICA N.A. C/O CARRINGTON MORTGAGE SERVICES, LLC. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Bank Of America N.A. bnicholas@kmllawgroup.com |
| Bryan P. Keenan | on behalf of Debtor Edward F. Fisher Jr. keenan662@gmail.com, melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com |
| Bryan P. Keenan | on behalf of Joint Debtor Susan D. Fisher keenan662@gmail.com |

District/off: 0315-2  User: dpas  Page 2 of 2
Date Rcvd: Sep 09, 2021  Form ID: pdf900  Total Noticed: 1

melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com

Chrisovalanate P. Fliakos
    on behalf of Creditor Bank Of America  N.A. pawb@fedphe.com

Jeffrey R. Hunt
    on behalf of Creditor West Allegheny School District jhunt@grblaw.com  cnoroski@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor Township of North Fayette jhunt@grblaw.com  cnoroski@grblaw.com

Joseph P. Schalk
    on behalf of Creditor Bank Of America  N.A. jschalk@barley.com, sromig@barley.com

Joshua I. Goldman
    on behalf of Creditor BANK OF AMERICA  N.A. josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com

Michael E. Fiffik
    on behalf of Creditor Spencer's Service Center mfiffik@fiffiklaw.com  nreyes@fiffiklaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 14