**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Edward F. Fisher Jr.**
**Susan D. Fisher**
**aka Susan D. Bernaciak**
   Debtor(s)

Bankruptcy Case No.: 16−22569−JAD
Related to Dkt. No. 144
Chapter: 13
Docket No.: 145 − 144

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

   **AND NOW,** this The 28th of September, 2021, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 11/29/21.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. **Said Motion is scheduled for hearing on 12/8/21 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **11/29/21.**

                                                                 Jeffery A. Deller
                                                            United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-22569-JAD |
| Edward F. Fisher, Jr. | Chapter 13 |
| Susan D. Fisher | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 1 of 4 |
| Date Rcvd: Sep 28, 2021 | Form ID: 408 | Total Noticed: 58 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Edward F. Fisher, Jr., Susan D. Fisher, 6758 Elk Rush Drive, Imperial, PA 15126-9289 |
| cr | + | Ally Financial, Tucker Arensberg, P.C., c/o Brett A. Solomon, Esquire, 1500 One PPG Place, Pittsburgh, Pa 15222-5413 |
| cr | | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | + | Spencer's Service Center, 2111 Montour West Industrial Blvd, Coraopolis, PA 15108-9364 |
| 14260089 | + | AAS Debt Recovery Inc., Re: First Commonwealth Bank, PO Box 129, Monroeville, PA 15146-0129 |
| 14262404 | + | Advance Auto Parts, Inc., Store Support Center, 5008 Airport Road, Roanoke, VA 24012-1601 |
| 14260090 | | Advanced Auto Parts, AAP Financial Services, PO Box 742063, Atlanta, GA 30374-2063 |
| 14257735 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Po Box 982238, El Paso, TX 79998 |
| 14322623 | | BANK OF AMERICA, N.A., BANK OF AMERICA, PO BOX 31785, TAMPA, FL, 33631-3785 |
| 14257734 | | Bank of America, PO Box 5170, Simi Valley, CA 93062-5170 |
| 14257736 | | Bank of America Home Loans, PO Box 5170, Simi Valley, CA 93062-5170 |
| 14322621 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14260093 | ++ | CREDIT PROTECTION ASSOCIATION LP, PARKWAY CENTER V, 2500 DALLAS PARKWAY SUTIE 500, PLANO TX 75093-4805 address filed with court:, Credit Protection Assoc, 13355 Noel Rd. Ste 2100, Dallas, TX 75240 |
| 14262397 | + | Craig and Renee Schoenfelder, 274 Grange Road, Mc Donald, PA 15057-4418 |
| 14260096 | + | Erie Pathoogy Associates, 232 W 25th St Erie, Erie, PA 16544-0002 |
| 14262398 | + | MDJ-05-02, MDJ Name: Honorable Randy C. Martini, Re: LT-7-2016, 22 Wabash Street, LL Suite 101, Pittsburgh, PA 15220-5436 |
| 14262403 | + | Oliverio Buick, 1110 Laurel Hill Road, McDonald, PA 15057-3532 |
| 14265133 | | Padgett Business Services, 329 Forest Grove Road, Corapolis, PA 15108-3709 |
| 14262402 | | Penn Creditor Corp., Re: West Penn Power, 916 S McKean Street, Harrisburg, PA 17104 |
| 14260098 | | Peoples Gas, 1107 Bell Ave, Carnegie, PA 15106-1109 |
| 14323028 | + | Peoples Natural Gas Company, LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14262399 | + | Raineater of Pittsburgh, 49 N. Wren Drive, Pittsburgh, PA 15243-1231 |
| 14260099 | | Republic Services, 73 W. Noblestown Rd, Carnegie, PA 15106-1668 |
| 14257745 | + | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 14257746 | | Spencer's Service Center Inc., 2111 Montour West, Industrial B, 126,785.36, Coraopolis, PA 15108 |
| 14260100 | + | Station Auto Parts, Inc., 404 Locust Street, Coraopolis, PA 15108-3959 |
| 14285599 | + | Township of North Fayette/West Allegheny SD, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14257747 | + | Welch, Gold, Siegel & Fiffik, c/o Michael E. Fiffik, Esquire, 1240 Lawyers Bldg., 428 Forbes Avenue, Pittsburgh, PA 15219-1614 |
| 14260103 | + | West Allegheny SD & TWP of N. Fayetee, c/o Jordan Tax Service Inc., 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 14257748 | + | West Allegheny SD & TWP of North Fayette, c/o Jordan Tax Service Inc., 102 Rahway Road, Canonsburg, PA 15317-3349 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 28 2021 23:48:00 | Citizens Bank N.A., One Citizens Bank Way JCA115, Johnston, RI 02919 |
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Sep 28 2021 23:51:22 | Capital One Auto Finance c/o AIS Portfolio |

| Recip ID | | Notice Type | Date Sent | Recipient |
|---|---|---|---|---|
| | | | | Service, 4515 N. Santa Fe Ave., Dept APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Sep 28 2021 23:51:18 | Capital One Auto Finance c/o Ascension Capital Gro, P.O. Box 201347, Arlington, TX 76006-1347 |
| 14267217 | | Email/Text: ally@ebn.phinsolutions.com | Sep 28 2021 23:48:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14257733 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 28 2021 23:48:00 | Ally Financial, Attn: Bankruptcy, Po Box 130424, Roseville, MN 55113-0004 |
| 14260091 | + | Email/Text: updates@brennanclark.com | Sep 28 2021 23:48:00 | Brennan & Clark LTD, 721 E. Madison, Villa Park, IL 60181-3083 |
| 14257738 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 28 2021 23:51:26 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14899050 | + | Email/Text: BKBCNMAIL@carringtonms.com | Sep 28 2021 23:48:00 | CARRINGTON MORTGAGE SERVICES as Servicer, for BANK OF AMERICA, N.A., PO BOX 3730, Anaheim, CA 92803-3730 |
| 14257741 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 28 2021 23:48:00 | Citizens Bank, 525 William Penn Place, Pittsburgh, PA 15219 |
| 14285484 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 28 2021 23:48:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14260092 | + | Email/Text: bkdept@cancapital.com | Sep 28 2021 23:48:00 | Can Capital Asset Servicing, Inc, 2015 Vaughn Rd. Suite 500, Kennesaw, GA 30144-7831 |
| 14257737 | + | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Sep 28 2021 23:51:18 | Capital One Auto Finance, 3905 N Dallas Pkwy, Plano, TX 75093-7892 |
| 14283515 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Sep 29 2021 00:06:22 | Capital One Auto Finance c/o AIS, Potfolio, LP f/k/a AIS Data Services, d/b/a Ascension Capital Group, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 14280159 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 28 2021 23:51:17 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14257739 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 28 2021 23:51:19 | Cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 14257742 | + | Email/Text: bankruptcy@clearviewfcu.org | Sep 28 2021 23:48:00 | Clearview Federal Cu, 8805 University Blvd, Moon Township, PA 15108-4212 |
| 14257744 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 28 2021 23:51:19 | Mcydsnb, 9111 Duke Blvd, Mason, OH 45040 |
| 14326952 | | Email/Text: bnc-quantum@quantum3group.com | Sep 28 2021 23:48:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14262160 | | Email/Text: mrdiscen@discover.com | Sep 28 2021 23:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14257743 | + | Email/Text: mrdiscen@discover.com | Sep 28 2021 23:48:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14260094 | + | Email/Text: kburkley@bernsteinlaw.com | Sep 28 2021 23:48:00 | Duquense Light, Bernstien Law Firm, 411 7th Avenue, Maildrop 7-3, Pittsburgh, PA 15219-1919 |
| 14260095 | + | Email/Text: bankruptcy@erieinsurance.com | Sep 28 2021 23:48:00 | Erie Insurance, 100 Erie Insurance Place, Erie, PA 16530-9000 |
| 14260097 | + | Email/Text: bankruptcynotice@fcbanking.com | Sep 28 2021 23:48:00 | First Commonwealth Bank, 601 Philadelphia St, Indiana, PA 15701-3952 |
| 14257740 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 28 2021 23:51:26 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14323612 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 28 2021 23:51:26 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14260101 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 28 2021 23:48:00 | Verizon, PO Box 15124, Albany, NY 12212-5124 |

Case 16-22569-JAD    Doc 146    Filed 09/30/21    Entered 10/01/21 00:28:54    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: jhel | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 28, 2021 | Form ID: 408 | Total Noticed: 58 |

| 14262401 | + Email/Text: bankruptcy@firstenergycorp.com | | |
|---|---|---|---|
| | | Sep 28 2021 23:48:00 | West Penn Power, PO Box 3615, Akron, OH 44309-3615 |
| 14312365 | + Email/Text: bankruptcy@firstenergycorp.com | | |
| | | Sep 28 2021 23:48:00 | West Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 |

TOTAL: 28

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. C/O CARRINGTON MORTGAGE SERV |
| cr | | Bank Of America, N.A. |
| cr | | Township of North Fayette |
| cr | | West Allegheny School District |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14260102 | *+ | Welch, Gold, Siegel & Fiffik, c/o Michael E. Fiffik, Esquire, 1240 Lawyers Bldg., 428 Forbes Avenue, Pittsburgh, PA 15219-1614 |
| 14260104 | *+ | West Allegheny SD & TWP of North Fayette, c/o Jordan Tax Service Inc., 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 14262400 | ##+ | Tire Centers LLC, 159 Crown Court, Oakdale, PA 15071-3910 |
| 14327997 | ##+ | Welch, Gold, Siegel & Fiffik P.C., c/o Michael E. Fiffik, Esquire, 428 Forbes Avenue, Ste. 1240, Pittsburgh PA 15219-1617 |

TOTAL: 4 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2021         Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brett A. Solomon | on behalf of Creditor Ally Financial brett@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor BANK OF AMERICA  N.A. C/O CARRINGTON MORTGAGE SERVICES, LLC. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Bank Of America  N.A. bnicholas@kmllawgroup.com |
| Bryan P. Keenan | on behalf of Joint Debtor Susan D. Fisher keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com |
| Bryan P. Keenan | on behalf of Debtor Edward F. Fisher  Jr. keenan662@gmail.com, melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com |
| Chrisovalanate P. Fliakos | on behalf of Creditor Bank Of America  N.A. pawb@fedphe.com |

District/off: 0315-2  User: jhel  Page 4 of 4
Date Rcvd: Sep 28, 2021  Form ID: 408  Total Noticed: 58

| Name | Role |
|---|---|
| Jeffrey R. Hunt | on behalf of Creditor Township of North Fayette jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor West Allegheny School District jhunt@grblaw.com |
| Joseph P. Schalk | on behalf of Creditor Bank Of America N.A. jschalk@barley.com, sromig@barley.com |
| Joshua I. Goldman | on behalf of Creditor BANK OF AMERICA N.A. josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| Michael E. Fiffik | on behalf of Creditor Spencer's Service Center mfiffik@fiffiklaw.com nreyes@fiffiklaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |

TOTAL: 14