**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>EDWARD F. FISHER, JR.<br>SUSAN D. FISHER<br>        Debtor(s)<br><br>Ronda J. Winnecour<br>  Chapter 13 Trustee,<br>        Movant<br>   vs.<br>No Respondents. | Case No.:16-22569 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

September 24, 2021

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 07/12/2016 and confirmed on 9/14/16. The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 151,982.70 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 151,982.70 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 12,357.35 | |
|    Trustee Fee | 7,406.74 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 19,764.09 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   BANK OF AMERICA NA** | 0.00 | 79,458.34 | 0.00 | 79,458.34 |
|     Acct: 3198 | | | | |
|   BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3198 | | | | |
|   CITIZENS BANK NA(*) | 0.00 | 12,453.78 | 0.00 | 12,453.78 |
|     Acct: 5226 | | | | |
|   CITIZENS BANK NA(*) | 187.65 | 187.65 | 0.00 | 187.65 |
|     Acct: 5226 | | | | |
|   BANK OF AMERICA NA** | 1,288.88 | 1,288.88 | 0.00 | 1,288.88 |
|     Acct: 3198 | | | | |
|   SPENCERS SERVICE CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1889 | | | | |
|   ALLY FINANCIAL(*) | 10,783.20 | 10,783.20 | 1,556.70 | 12,339.90 |
|     Acct: 8148 | | | | |
|   CAPITAL ONE AUTO FINANCE** | 10,063.19 | 10,063.19 | 2,169.19 | 12,232.38 |
|     Acct: 7686 | | | | |
| | | | | 117,960.93 |
| **Priority** | | | | |
|   BRYAN P KEENAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   EDWARD F. FISHER, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRYAN P KEENAN & ASSOCIATES PC | 1,520.81 | 1,520.81 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX0-21 | | | | |
|   BRYAN P KEENAN ESQ | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRYAN P KEENAN ESQ | 7,336.54 | 7,336.54 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX3-17 | | | | |
|   WEST ALLEGHENY SD & N FAYETTE TWF | 3,950.95 | 3,950.95 | 0.00 | 3,950.95 |
|     Acct: 9975 | | | | |
|   WEST ALLEGHENY SD & N FAYETTE TWF | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4480 | | | | |
| | | | | 3,950.95 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| SPENCERS SERVICE CENTER | 165,011.89 | 8,423.86 | 0.00 | 8,423.86 |
| Acct: 1889 | | | | |
| ADVANCED AUTO PARTS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2684 | | | | |
| BANK OF AMERICA NA** | 3,343.11 | 170.67 | 0.00 | 170.67 |
| Acct: 1490 | | | | |
| BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1630 | | | | |
| CAN CAPITAL ASSET SERVICES INC | 16,884.64 | 861.96 | 0.00 | 861.96 |
| Acct: 8716 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 2,918.36 | 148.98 | 0.00 | 148.98 |
| Acct: 4635 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 296.72 | 15.15 | 0.00 | 15.15 |
| Acct: 5878 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4457 | | | | |
| CITIZENS BANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9001 | | | | |
| CLEARVIEW FCU** | 5,838.64 | 298.06 | 0.00 | 298.06 |
| Acct: 1804 | | | | |
| CRAIG AND RENEE SCHOENFELDER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2016 | | | | |
| DISCOVER BANK(*) | 2,609.53 | 133.22 | 0.00 | 133.22 |
| Acct: 2412 | | | | |
| DUQUESNE LIGHT COMPANY* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2251 | | | | |
| ERIE INSURANCE GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7914 | | | | |
| ERIE INSURANCE GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1361 | | | | |
| ERIE PATHOLOGY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FIRST COMMONWEALTH BANK* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7544 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 1,257.26 | 64.18 | 0.00 | 64.18 |
| Acct: 1730 | | | | |
| OLIVERIO BUICK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 857.04 | 43.75 | 0.00 | 43.75 |
| Acct: 4597 | | | | |
| RAINEATER OF PITTSBURGH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| REPUBLIC SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4493 | | | | |
| SANTANDER CONSUMER USA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1000 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 1,339.51 | 68.38 | 0.00 | 68.38 |
| Acct: 7806 | | | | |
| STATION AUTO PARTS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4280 | | | | |
| TIRE CENTERS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| VERIZON++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1387 | | | | |
| WELCH GOLD & SIEGEL PC | 1,408.17 | 71.89 | 0.00 | 71.89 |
| Acct: 0093 | | | | |
| WEST ALLEGHENY SD & N FAYETTE TWF | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4480 | | | | |
| WEST PENN POWER* | 129.89 | 6.63 | 0.00 | 6.63 |
| Acct: 9232 | | | | |

16-22569 JAD                                                                Page 3 of 3

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|    PADGETT BUSINESS SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: NOO1 | | | | |
|    WEST ALLEGHENY SD & N FAYETTE TWP | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 9975 | | | | |
|    AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|    WELCH GOLD & SIEGEL PC | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|    BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|    FIRST COMMONWEALTH BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|    BRENNAN AND CLARK | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 3870 | | | | |
|    CREDIT PROTECTION ASSOC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 4597 | | | | |
|    PENN CREDIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
| | | | | 10,306.73 |

TOTAL PAID TO CREDITORS                                                    132,218.61

   TOTAL CLAIMED
   PRIORITY       3,950.95
   SECURED      22,322.92
   UNSECURED   201,894.76

Date: 09/24/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    EDWARD F. FISHER, JR.
    SUSAN D. FISHER
        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:16-22569 JAD

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-22569-JAD |
| Edward F. Fisher, Jr. | Chapter 13 |
| Susan D. Fisher | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 1 of 4 |
| Date Rcvd: Sep 28, 2021 | Form ID: pdf900 | Total Noticed: 58 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Edward F. Fisher, Jr., Susan D. Fisher, 6758 Elk Rush Drive, Imperial, PA 15126-9289 |
| cr | + | Ally Financial, Tucker Arensberg, P.C., c/o Brett A. Solomon, Esquire, 1500 One PPG Place, Pittsburgh, Pa 15222-5413 |
| cr | | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | + | Spencer's Service Center, 2111 Montour West Industrial Blvd, Coraopolis, PA 15108-9364 |
| 14260089 | + | AAS Debt Recovery Inc., Re: First Commonwealth Bank, PO Box 129, Monroeville, PA 15146-0129 |
| 14262404 | + | Advance Auto Parts, Inc., Store Support Center, 5008 Airport Road, Roanoke, VA 24012-1601 |
| 14260090 | | Advanced Auto Parts, AAP Financial Services, PO Box 742063, Atlanta, GA 30374-2063 |
| 14257735 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Po Box 982238, El Paso, TX 79998 |
| 14322623 | | BANK OF AMERICA, N.A., BANK OF AMERICA, PO BOX 31785, TAMPA, FL, 33631-3785 |
| 14257734 | | Bank of America, PO Box 5170, Simi Valley, CA 93062-5170 |
| 14257736 | | Bank of America Home Loans, PO Box 5170, Simi Valley, CA 93062-5170 |
| 14322621 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14260093 | ++ | CREDIT PROTECTION ASSOCIATION LP, PARKWAY CENTER V, 2500 DALLAS PARKWAY SUTIE 500, PLANO TX 75093-4805 address filed with court:, Credit Protection Assoc, 13355 Noel Rd. Ste 2100, Dallas, TX 75240 |
| 14262397 | + | Craig and Renee Schoenfelder, 274 Grange Road, Mc Donald, PA 15057-4418 |
| 14260096 | + | Erie Pathoogy Associates, 232 W 25th St Erie, Erie, PA 16544-0002 |
| 14262398 | + | MDJ-05-02, MDJ Name: Honorable Randy C. Martini, Re: LT-7-2016, 22 Wabash Street, LL Suite 101, Pittsburgh, PA 15220-5436 |
| 14262403 | + | Oliverio Buick, 1110 Laurel Hill Road, McDonald, PA 15057-3532 |
| 14265133 | | Padgett Business Services, 329 Forest Grove Road, Corapolis, PA 15108-3709 |
| 14262402 | | Penn Creditor Corp., Re: West Penn Power, 916 S McKean Street, Harrisburg, PA 17104 |
| 14260098 | | Peoples Gas, 1107 Bell Ave, Carnegie, PA 15106-1109 |
| 14323028 | + | Peoples Natural Gas Company, LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14262399 | + | Raineater of Pittsburgh, 49 N. Wren Drive, Pittsburgh, PA 15243-1231 |
| 14260099 | | Republic Services, 73 W. Noblestown Rd, Carnegie, PA 15106-1668 |
| 14257745 | + | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 14257746 | | Spencer's Service Center Inc., 2111 Montour West, Industrial B, 126,785.36, Coraopolis, PA 15108 |
| 14260100 | + | Station Auto Parts, Inc., 404 Locust Street, Coraopolis, PA 15108-3959 |
| 14285599 | + | Township of North Fayette/West Allegheny SD, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14257747 | + | Welch, Gold, Siegel & Fiffik, c/o Michael E. Fiffik, Esquire, 1240 Lawyers Bldg., 428 Forbes Avenue, Pittsburgh, PA 15219-1614 |
| 14260103 | + | West Allegheny SD & TWP of N. Fayetee, c/o Jordan Tax Service Inc., 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 14257748 | + | West Allegheny SD & TWP of North Fayette, c/o Jordan Tax Service Inc., 102 Rahway Road, Canonsburg, PA 15317-3349 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 28 2021 23:48:00 | Citizens Bank N.A., One Citizens Bank Way JCA115, Johnston, RI 02919 |
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Sep 28 2021 23:51:18 | Capital One Auto Finance c/o AIS Portfolio |

Case 16-22569-JAD   Doc 147   Filed 09/30/21   Entered 10/01/21 00:28:54   Desc
Imaged Certificate of Notice   Page 7 of 9

| District/off: 0315-2 | User: jhel | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 28, 2021 | Form ID: pdf900 | Total Noticed: 58 |

| | | | | |
|---|---|---|---|---|
| | | | | Service, 4515 N. Santa Fe Ave., Dept APS, Oklahoma City, OK 73118-7901 |
| cr | | + Email/PDF: acg.acg.ebn@americaninfosource.com | Sep 28 2021 23:51:26 | Capital One Auto Finance c/o Ascension Capital Gro, P.O. Box 201347, Arlington, TX 76006-1347 |
| 14267217 | | Email/Text: ally@ebn.phinsolutions.com | Sep 28 2021 23:48:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14257733 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 28 2021 23:48:00 | Ally Financial, Attn: Bankruptcy, Po Box 130424, Roseville, MN 55113-0004 |
| 14260091 | + | Email/Text: updates@brennanclark.com | Sep 28 2021 23:48:00 | Brennan & Clark LTD, 721 E. Madison, Villa Park, IL 60181-3083 |
| 14257738 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 28 2021 23:51:17 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14899050 | + | Email/Text: BKBCNMAIL@carringtonms.com | Sep 28 2021 23:48:00 | CARRINGTON MORTGAGE SERVICES as Servicer, for BANK OF AMERICA, N.A., PO BOX 3730, Anaheim, CA 92803-3730 |
| 14257741 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 28 2021 23:48:00 | Citizens Bank, 525 William Penn Place, Pittsburgh, PA 15219 |
| 14285484 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 28 2021 23:48:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14260092 | + | Email/Text: bkdept@cancapital.com | Sep 28 2021 23:48:00 | Can Capital Asset Servicing, Inc, 2015 Vaughn Rd. Suite 500, Kennesaw, GA 30144-7831 |
| 14257737 | + | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Sep 28 2021 23:51:22 | Capital One Auto Finance, 3905 N Dallas Pkwy, Plano, TX 75093-7892 |
| 14283515 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Sep 29 2021 00:06:22 | Capital One Auto Finance c/o AIS, Potfolio, LP f/k/a AIS Data Services, d/b/a Ascension Capital Group, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 14280159 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 28 2021 23:51:22 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14257739 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 28 2021 23:51:19 | Cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 14257742 | + | Email/Text: bankruptcy@clearviewfcu.org | Sep 28 2021 23:48:00 | Clearview Federal Cu, 8805 University Blvd, Moon Township, PA 15108-4212 |
| 14257744 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 28 2021 23:51:19 | Mcydsnb, 9111 Duke Blvd, Mason, OH 45040 |
| 14326952 | | Email/Text: bnc-quantum@quantum3group.com | Sep 28 2021 23:48:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14262160 | | Email/Text: mrdiscen@discover.com | Sep 28 2021 23:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14257743 | + | Email/Text: mrdiscen@discover.com | Sep 28 2021 23:48:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14260094 | + | Email/Text: kburkley@bernsteinlaw.com | Sep 28 2021 23:48:00 | Duquense Light, Bernstien Law Firm, 411 7th Avenue, Maildrop 7-3, Pittsburgh, PA 15219-1919 |
| 14260095 | + | Email/Text: bankruptcy@erieinsurance.com | Sep 28 2021 23:48:00 | Erie Insurance, 100 Erie Insurance Place, Erie, PA 16530-9000 |
| 14260097 | + | Email/Text: bankruptcynotice@fcbanking.com | Sep 28 2021 23:48:00 | First Commonwealth Bank, 601 Philadelphia St, Indiana, PA 15701-3952 |
| 14257740 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 28 2021 23:51:22 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14323612 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 28 2021 23:51:22 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14260101 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 28 2021 23:48:00 | Verizon, PO Box 15124, Albany, NY 12212-5124 |

Case 16-22569-JAD   Doc 147   Filed 09/30/21   Entered 10/01/21 00:28:54   Desc
Imaged Certificate of Notice   Page 8 of 9

| District/off: 0315-2 | User: jhel | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 28, 2021 | Form ID: pdf900 | Total Noticed: 58 |

| 14262401 | + Email/Text: bankruptcy@firstenergycorp.com | Sep 28 2021 23:48:00 | West Penn Power, PO Box 3615, Akron, OH 44309-3615 |
|---|---|---|---|
| 14312365 | + Email/Text: bankruptcy@firstenergycorp.com | Sep 28 2021 23:48:00 | West Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 |

TOTAL: 28

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. C/O CARRINGTON MORTGAGE SERV |
| cr | | Bank Of America, N.A. |
| cr | | Township of North Fayette |
| cr | | West Allegheny School District |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14260102 | *+ | Welch, Gold, Siegel & Fiffik, c/o Michael E. Fiffik, Esquire, 1240 Lawyers Bldg., 428 Forbes Avenue, Pittsburgh, PA 15219-1614 |
| 14260104 | *+ | West Allegheny SD & TWP of North Fayette, c/o Jordan Tax Service Inc., 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 14262400 | ##+ | Tire Centers LLC, 159 Crown Court, Oakdale, PA 15071-3910 |
| 14327997 | ##+ | Welch, Gold, Siegel & Fiffik P.C., c/o Michael E. Fiffik, Esquire, 428 Forbes Avenue, Ste. 1240, Pittsburgh PA 15219-1617 |

TOTAL: 4 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brett A. Solomon | on behalf of Creditor Ally Financial brett@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor BANK OF AMERICA N.A. C/O CARRINGTON MORTGAGE SERVICES, LLC. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Bank Of America N.A. bnicholas@kmllawgroup.com |
| Bryan P. Keenan | on behalf of Joint Debtor Susan D. Fisher keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com |
| Bryan P. Keenan | on behalf of Debtor Edward F. Fisher Jr. keenan662@gmail.com, melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com |
| Chrisovalanate P. Fliakos | on behalf of Creditor Bank Of America N.A. pawb@fedphe.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 4 of 4 |
| Date Rcvd: Sep 28, 2021 | Form ID: pdf900 | Total Noticed: 58 |

| | |
|---|---|
| Jeffrey R. Hunt | on behalf of Creditor Township of North Fayette jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor West Allegheny School District jhunt@grblaw.com |
| Joseph P. Schalk | on behalf of Creditor Bank Of America  N.A. jschalk@barley.com, sromig@barley.com |
| Joshua I. Goldman | on behalf of Creditor BANK OF AMERICA  N.A. josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| Michael E. Fiffik | on behalf of Creditor Spencer's Service Center mfiffik@fiffiklaw.com  nreyes@fiffiklaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com |

TOTAL: 14