**Fill in this information to identify the case:**

**Debtor 1** EDWARD F FISHER JR

**Debtor 2** SUSAN D FISHER
**(Spouse if filing)**

**United States Bankruptcy Court for the**: WESTERN DISTRICT OF PENNSYLVANIA
**Case number** 16-22569-JAD
**WWR #** 040872123

Official Form 4100R
**Response to Notice of Final Cure Payment**                                                     10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of Creditor:** Citizens Bank, N.A.

**Court claim no. (if known)**
7

**Last 4 digits of any number you use to identify the debtor's account**: 5226

**Property address**: 6758 Elk Rush Rd
Imperial, PA 15126

### Part 2: Prepetition Default Payments

*Check one:*

☒ **Creditor agrees that debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.**

☐ **Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:**    $ ____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ **Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.**

  **The next postpetition payment from the debtor(s) is due on :**     /    /

☒ **Creditor states that the debtor(s) are not current on all post petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.**

  **Creditor asserts that the total amount remaining unpaid as of the date of this response is:**

  **a. Total postpetition ongoing payments due:**    (a) $791.24

  **b. Total fees, charges, expenses, escrow and costs outstanding:**    + (b) $0.00

  **c. Total. Add lines a and b.**

  **Creditor asserts that the debtor(s) are contractually obligated for the post petition payment(s) that first became due on:**    09/01/2021    (c) $791.24

Form 4100R                         Response to Notice of Final Cure Payment                         page 1

| Debtor 1 | EDWARD F FISHER JR | Case number (*if known*) 16-22569-JAD |
|---|---|---|

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid

### Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

**Check the appropriate box::**

☐ I am the creditor

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct
To the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

𝒳 /s/ **Garry Masterson**
Signature

**Print**      Garry Masterson
**Company**   Weltman, Weinberg & Reis, Co., L.P. A

If different from the notice address listed on the proof of claim to which this response applies;

**Address**   965 Keynote Circle
              Brooklyn Heights, OH 44131

**Contact phone**   (877) 338-9484

**Date** 10/19/2021

**Title** Attorney for Creditor

**Email** pitecf@weltman.com

# CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the preceding Response to Notice of Final Cure Payment was served 10/19/2021, by U.S. Mail (or Electronically as provided by local rules) on the parties whose names and address are listed below:

Bryan P Keenan, Attorney for Debtors
keenan662@gmail.com

Ronda J Winnecour, Trustee
inquiries@chapter13trusteewdpa.com

Edward F Fisher, Jr, Debtor
6758 Elk Rush Rd
Imperial, PA 15126

Susan D Fisher, Debtor
6758 Elk Rush Rd
Imperial, PA 15126

Office of the U.S. Trustee, at ustpregion03.pi.ecf@usdoj.gov

/S/ Garry Masterson
Garry Masterson,
Attorney for Creditor
Weltman, Weinberg & Reis Co., LPA
965 Keynote Circle
Brooklyn Heights, OH 44131

```
CTL2 060 CTL3 000 CTL4 0000 ACCT  ███████████    FISHER SUSANN
START DATE 06/02/20


OPT: A=ACCRUED SINCE LAST TRAN, C=CAPTURE, R=REVERSAL, S=SPECIFIC, H=SPLIT HIST
     D=DISPUTED ITEM STATUS CHG, I=INVESTOR SPECIFIC, V=INVESTOR CUSTODIAL
OPT  EFF DATE TRAN DESCRIPTION          TRAN AMOUNT         POST BALANCE
     06/02/20 8080 REGULAR PAYMENT           110.36            24,748.91
     07/01/20 8080 REGULAR PAYMENT           123.26            24,748.91
     08/04/20 8080 REGULAR PAYMENT           246.44            24,748.91
     08/31/20 8080 REGULAR PAYMENT            85.33            24,748.91
     10/02/20 8080 REGULAR PAYMENT           188.66            24,748.91
     11/04/20 8080 REGULAR PAYMENT           242.14            24,748.91
     11/30/20 8080 REGULAR PAYMENT           216.90            24,748.91
     01/04/21 8080 REGULAR PAYMENT           221.75            24,748.91
     01/29/21 8080 REGULAR PAYMENT           257.01            24,748.91
     02/25/21 8080 REGULAR PAYMENT           188.66            24,748.91
     03/30/21 8080 REGULAR PAYMENT           188.66            24,748.91
     06/01/21 8080 REGULAR PAYMENT           336.85            24,748.91
     07/29/21 8080 REGULAR PAYMENT           189.18            24,748.91
     09/09/21 8080 REG PYT ECOLLCT           189.17            24,748.91
PF2-NEXT PAGE   PF3-PREV PAGE   PF6-SELECT




AMHS          10/13/21              HISTORY SUMMARY            09:21:39
CUR
CTL2 060 CTL3 000 CTL4 0000 ACCT  ███████████    FISHER SUSANN
START DATE 03/04/16


OPT: A=ACCRUED SINCE LAST TRAN, C=CAPTURE, R=REVERSAL, S=SPECIFIC, H=SPLIT HIST
     D=DISPUTED ITEM STATUS CHG, I=INVESTOR SPECIFIC, V=INVESTOR CUSTODIAL
OPT  EFF DATE TRAN DESCRIPTION          TRAN AMOUNT         POST BALANCE
     03/04/16 8080 REGULAR PAYMENT           181.40            24,750.00
     04/06/16 8080 REGULAR PAYMENT           195.00            24,748.91
     05/06/16 8080 REGULAR PAYMENT           186.00            24,748.91
     06/06/16 8080 REGULAR PAYMENT           195.55            24,748.91
     05/29/19 8080 REGULAR PAYMENT           236.47            24,748.91
     05/29/19 8080 REGULAR PAYMENT           116.97            24,748.91
     08/01/19 8080 REGULAR PAYMENT           249.53            24,748.91
     09/30/19 8080 REGULAR PAYMENT           248.14            24,748.91
     10/28/19 8080 REGULAR PAYMENT           236.47            24,748.91
     11/29/19 8080 REGULAR PAYMENT           223.23            24,748.91
     01/02/20 8080 REGULAR PAYMENT           267.86            24,748.91
     02/03/20 8080 REGULAR PAYMENT           380.15            24,748.91
     03/02/20 8080 REGULAR PAYMENT           169.22            24,748.91
     03/31/20 8080 REGULAR PAYMENT           158.23            24,748.91
PF2-NEXT PAGE   PF3-PREV PAGE   PF6-SELECT
```

```
AMHS          10/13/21            HISTORY SUMMARY            09:22:20   CUR
CTL2 060 CTL3 000 CTL4 0000 ACCT [REDACTED]    FISHER SUSANN
START DATE 11/06/15

OPT: A=ACCRUED SINCE LAST TRAN, C=CAPTURE, R=REVERSAL, S=SPECIFIC, H=SPLIT HIST
     D=DISPUTED ITEM STATUS CHG, I=INVESTOR SPECIFIC, V=INVESTOR CUSTODIAL
OPT  EFF DATE TRAN DESCRIPTION          TRAN AMOUNT          POST BALANCE
     11/06/15 8080 REGULAR PAYMENT           189.19            24,750.00
     12/07/15 8080 CHECK-FREE TRAN           183.08            24,750.00
     01/08/16 8080 REGULAR PAYMENT           189.19            24,750.00
     02/05/16 8080 REGULAR PAYMENT           189.03            24,750.00




PF2-NEXT PAGE   PF3-PREV PAGE   PF6-SELECT
AMPCHSIS AM1244 I: END OF DATA FOR THIS DATE RANGE                      LAST




AMHS          10/13/21            HISTORY SUMMARY            09:22:20   CUR
CTL2 060 CTL3 000 CTL4 0000 ACCT [REDACTED]    FISHER SUSANN
START DATE 06/25/18

OPT: A=ACCRUED SINCE LAST TRAN, C=CAPTURE, R=REVERSAL, S=SPECIFIC, H=SPLIT HIST
     D=DISPUTED ITEM STATUS CHG, I=INVESTOR SPECIFIC, V=INVESTOR CUSTODIAL
OPT  EFF DATE TRAN DESCRIPTION          TRAN AMOUNT          POST BALANCE
     06/25/18 8180 CK 1082954               149.99            24,748.91
     07/30/18 8180 CK 1086066               277.63            24,748.91
     08/31/18 8180 CK 1089328               201.17            24,748.91
     09/27/18 8180 CK 1092535               211.74            24,748.91
     11/02/18 8180 CK 1095700               326.28            24,748.91
     11/30/18 8180 CK 1098942               112.47            24,748.91
     12/26/18 8180 CK 1102050               337.61            24,748.91
     01/29/19 8180 CK 1105190               146.37            24,748.91
     03/28/19 8180 FORCE REG PMT            217.23            24,748.91
     04/30/19 8180 FORCE REG PMT            274.15            24,748.91
     04/30/19 8180 FORCE REG PMT             70.68            24,748.91
     06/28/19 8180 FORCE REG PMT            172.72            24,748.91
     07/12/19 8180 FORCE REG PMT            210.55            24,748.91
     05/01/20 8180 FORCE REG PMT            483.13            24,748.91
PF2-NEXT PAGE   PF3-PREV PAGE   PF6-SELECT
```

CTL2 060 CTL3 000 CTL4 0000 ACCT ███████████ FISHER SUSANN
START DATE 05/31/17


OPT: A=ACCRUED SINCE LAST TRAN, C=CAPTURE, R=REVERSAL, S=SPECIFIC, H=SPLIT HIST
     D=DISPUTED ITEM STATUS CHG, I=INVESTOR SPECIFIC, V=INVESTOR CUSTODIAL
OPT  EFF DATE  TRAN DESCRIPTION           TRAN AMOUNT         POST BALANCE
     05/31/17  8180 CK 1040199                 253.06           24,748.91
     06/30/17  8180 FORCE REG PMT              224.31           24,748.91
     07/28/17  8180 CK 1046878                 195.75           24,748.91
     08/14/17  8180 CK 1049505                 226.00           24,748.91
     08/28/17  8180 CK 1050210                 195.84           24,748.91
     09/29/17  8180 CK 1053529                 195.62           24,748.91
     10/30/17  8180 FORCE REG PMT              154.96           24,748.91
     11/29/17  8180 FORCE REG PMT              203.54           24,748.91
     12/27/17  8180 CK 1063455                 164.56           24,748.91
     01/29/18  8180 CK 1066863                 171.09           24,748.91
     02/26/18  8180 FORCE REG PMT              113.48           24,748.91
     04/02/18  8180 CK 1073257                 146.15           24,748.91
     04/27/18  8180 CK 1076485                 179.82           24,748.91
     05/29/18  8180 CK 1079725                 211.08           24,748.91
PF2-NEXT PAGE   PF3-PREV PAGE   PF6-SELECT




AMHS         10/13/21           HISTORY SUMMARY             09:22:20
CUR
CTL2 060 CTL3 000 CTL4 0000 ACCT ███████████ FISHER SUSANN
START DATE 11/25/16


OPT: A=ACCRUED SINCE LAST TRAN, C=CAPTURE, R=REVERSAL, S=SPECIFIC, H=SPLIT HIST
     D=DISPUTED ITEM STATUS CHG, I=INVESTOR SPECIFIC, V=INVESTOR CUSTODIAL
OPT  EFF DATE  TRAN DESCRIPTION           TRAN AMOUNT         POST BALANCE
     11/25/16  8180 FORCE REG PMT              804.18           24,748.91
     12/27/16  8180 FORCE REG PMT              193.51           24,748.91
     02/27/17  8180 CK 1030187                 215.79           24,748.91
     03/31/17  8180 CK 1033557                 222.47           24,748.91










PF2-NEXT PAGE   PF3-PREV PAGE   PF6-SELECT
AMPCHSIS AM1244 I: END OF DATA FOR THIS DATE RANGE                      LAST