**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| EDWARD J. FISHER, ) | |
| SUSAN D. FISHER, ) | |
| ) | Bankruptcy No. 16-22569-JAD |
| Debtors, ) | |
| ) | Chapter 13 |
| CITIZENS BANK, N.A., ) | |
| ) | Hearing Date & Time: 11/12/2021 at 11:00 am |
| Movant, ) | |
| ) | Related to Doc. No.: 149, 150, 151 |
| v. ) | |
| EDWARD J. FISHER, Debtor, ) | Responses due: 11/5/2021 |
| SUSAN D. FISHER, Debtor, ) | |
| RONDA J. WINNECOUR, TRUSTEE ) | |
| Respondents ) | |

**CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE (CLAIM NO. 7) AND ORDER SETTING HEARING ON RESPONSE TO NOTICE OF FINAL CURE**

I, Garry Masterson, certify under penalty of perjury that I served the above captioned Response and Order Setting Hearing on Response on the parties at the addresses below, on 10/20/2021:

**Service by First-Class Mail**:

Edward F Fisher, Jr, Debtor
6758 Elk Rush Rd
Imperial, PA 15126

Susan D Fisher, Debtor
6758 Elk Rush Rd
Imperial, PA 15126

**and Service by NEF/ECF**:

Bryan P Keenan, Debtors' Attorney, at keenan662@gmail.com
Ronda J Winnecour, Trustee, at inquiries@chapter13trusteewdpa.com
Office of the U.S. Trustee at ustpregion03.pi.ecf@usdoj.gov

EXECUTED ON: 10/20/2021

/s/ Garry Masterson
Garry Masterson, Bar No. CA297208
Weltman, Weinberg & Reis Co., L.P.A.
Attorney of Movant
965 Keynote Circle
Brooklyn Heights, OH 44131
216-672-6984
gmasterson@weltman.com