# Citizens Bank

**1-888-910-4100**
Call Citizens' PhoneBank anytime for
account information, current rates and
answers to your questions.

**Checking Account Statement**

 2 OF 3

Beginning August 25, 2021
through September 24, 2021

*Checking continued from previous page*

SUSANNE D FISHER
EDWARD F FISHER JR
**One Deposit Checking**
████████448-7

## Other Withdrawals & Debits

| Date | Amount | Description |
|---|---|---|
| 09/09 | 1,297.63 | Carrington Mortgage ~~████████████~~ |
| 09/10 | 189.17 | Citizens Bank Na Phone Pay ~~████████~~19674 |
| ~~09/██~~ | ~~███.██~~ | ~~Comcast Cabl ██████ ████199~~ |

− Total Withdrawals & Debits
~~████~~

## Deposits & Credits

| Date | Amount | Description |
|---|---|---|
| ~~████~~ | ~~████~~ | ~~██████████████████████~~ |

+ Total Deposits & Credits
~~████~~

= Current Balance
~~████~~

## Daily Balance

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| ~~██~~ | ~~██~~ | ~~██~~ | ~~██~~ | ~~██~~ | ~~██~~ | ~~██~~ | ~~██~~ |

## MEMO

--Are you on track to meet your goals? Citizens Quest(TM) Checking is an account that
gives you the confidence you're on the right path with benefits such as:
* More everyday banking services such as checks, using another banks' ATM(1), wires and more at no additional cost
* No monthly maintenance fee with $5,000 in deposits each statement period(2)
* No overdraft fee charged on a first overdraft occurrence each year
* No fee Savings Overdraft Transfer and Overdraft Line of Credit plans to help protect against overdrafts(3)
* Additional unlimited Citizens Quest Checking and Savings accounts for you and your family with no monthly maintenance fee
* A personalized plan giving you confidence you're on track
* Relationship benefits

To upgrade to Citizens Quest Checking visit a branch or call 800-773-7373. Member FDIC.
(1) Non-Citizens ATM owners may charge a fee
(2) Or, maintain a $25,000 monthly combined deposit and investment balance across linked accounts
(3) The $12 transfer fee per day for Savings Overdraft Transfer Plan and Overdraft Line of Credit Plan is waived for Citizens Quest Checking. The $30 Annual Fee on Overdraft Line of Credit is waived for Citizens Quest Checking. The Annual Percentage Rate (APR) for an Overdraft Line of Credit is 21% on all outstanding loan balances. Credit approval is required.

## NEWS FROM CITIZENS

--Why wait for a statement to see your banking activity? Download our Mobile Banking App*
today to manage your money when it is convenient for you.
*Wireless carrier charges may apply.
--Saving can be easier than you think! With small changes in your spending, your savings
can really add up! By starting with just $20 per week you can save over $1000 a year! Set up
an automatic transfer to your savings and watch your savings add up! For more information
stop by a branch, visit citizensbank.com/starttosave or call 888-821-3900. Member FDIC.



ROP450
P.O. Box 7000
Providence, RI 02940



1-888-910-2100
Call Citizens' PhoneBank anytime for
account information, current rates and
answers to your questions.

**Checking Account Statement**

 OF 2

Beginning September 25, 2021
through October 26, 2021

SUSANNE D FISHER
6758 ELK RUSH DR
IMPERIAL PA  15126-9289

---

## Checking

### SUMMARY

**Balance Calculation**

| | |
|---|---|
| Previous Balance | |
| Checks | .00 - |
| Withdrawals & Debits | - |
| Deposits & Credits | + |
| **Current Balance** | = |

US702

SUSANNE D FISHER
EDWARD F FISHER JR
**One Deposit Checking**
-448-7

The $9.99 monthly maintenance fee is waived when you make at least 1 deposit that is posted before the end of your statement period.
    You made at least 1 deposit.

Good news! The monthly maintenance fee was waived based on your account activity.

Your next statement period will end on November 24, 2021.

**Previous Balance**

### TRANSACTION DETAILS
**Withdrawals & Debits**

**ATM/Purchases**

| Date | Amount | Description |
|---|---|---|
| 10/12 | | 8409 Dbt Purchase - |
| 10/12 | | 8409 POS Debit - |
| 10/12 | | 8409 Dbt Purchase |
| 10/12 | | 7565 Dbt Purchase |
| 10/12 | | 8409 POS Debit - |
| 10/12 | | 8409 POS Debit - |
| 10/12 | | 8409 POS Debit - |
| 10/14 | | 8409 Dbt Purchase |
| 10/14 | | 8409 POS Debit - |
| 10/14 | | 8409 POS Debit - |
| 10/14 | | 8409 POS Debit - |
| 10/21 | | 8409 Dbt Purchase - |



**Other Withdrawals & Debits**

| Date | Amount | Description |
|---|---|---|
| 10/13 | 1,297.63 | Carrington Mortgage |
| 10/14 | 183.08 | Citizens Bank Online |



**Total Withdrawals & Debits**

---

Member FDIC  Equal Housing Lender