WWR # 04087 2123

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| EDWARD J. FISHER, ) | |
| SUSAN D. FISHER, ) | |
| ) | Bankruptcy No. 16-22569-JAD |
| Debtors, ) | |
| ) | Chapter 13 |
| CITIZENS BANK, N.A., ) | |
| ) | Hearing Date & Time: 11/12/2021 at 11:00 |
| Respondent, ) | |
| ) | am  Related to Doc. No.:  148, 150, 160 |
| v. ) | |
| ) | |
| RONDA J. WINNECOUR, Trustee, ) | |
| ) | |
| Movant. ) | |

**ORDER OF COURT**

AND NOW, this __9th__ day of __November__, 2021, upon consideration of the Trustee's Notice of Final Cure Payment and the replies and responses thereto, it is

ORDERED, that the Court hereby determines that: (a) the Trustee has disbursed all payments in accordance with the Debtor's Chapter 13 Plan through August 31, 2021, as to the mortgage of Citizens Bank, N.A. (Claim 7); (b) all prepetition arrears have been paid and the post-petition payments are fully current as of August 31, 2021; and (c) Debtor(s) are to have resumed direct payments for all payments coming due on and after September 1, 2021 and have resumed direct payments and have made all direct payments through October 31, 2021, and are currently due for the payment due November 5, 2021; and, it is

ORDERED, that Citizens Bank, N.A. is prohibited from adding any fees or other charges to the debtor's account in connection with the filing of its Response, or for attending any hearing on this matter; and it is

ORDERED, that the hearing set on this matter for 11/12/2021 at 11:00 am is cancelled.

_____ sjk
HONORABLE JEFFERY A DELLER
UNITED STATES BANKRUPTCY JUDGE

| /s/ Garry Masterson | /s/ Bryan P. Keenan | /s/ James Warmbrodt |
|---|---|---|
| Attorney for Movant | Attorney For Debtor | For Trustee Ronda J. Winnecour |
| Garry Masterson | Bryan P. Keenan | 600 Grant Street |
| 965 Keynote Circle | 993 Greentree Road, Suite 101 | USX Tower, Suite 3250 |
| Brooklyn Heights, OH 44131 | Pittsburgh, PA 15220 | Pittsburgh, PA 15219 |

FILED
11/9/21 8:02 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-22569-JAD |
| Edward F. Fisher, Jr. | Chapter 13 |
| Susan D. Fisher | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: lfin | Page 1 of 2 |
| Date Rcvd: Nov 09, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Edward F. Fisher, Jr., Susan D. Fisher, 6758 Elk Rush Drive, Imperial, PA 15126-9289 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2021          Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2021 at the address(es) listed below:

| **Name** | **Email Address** |
|---|---|
| Brett A. Solomon | on behalf of Creditor Ally Financial brett@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor Bank Of America N.A. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor BANK OF AMERICA N.A. C/O CARRINGTON MORTGAGE SERVICES, LLC. bnicholas@kmllawgroup.com |
| Bryan P. Keenan | on behalf of Joint Debtor Susan D. Fisher keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com |
| Bryan P. Keenan | on behalf of Debtor Edward F. Fisher Jr. keenan662@gmail.com, |

| | |
|---|---|
| | melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com |
| Chrisovalanate P. Fliakos | on behalf of Creditor Bank Of America N.A. pawb@fedphe.com |
| Garry Alan Masterson | on behalf of Creditor Citizens Bank N.A. pitecf@weltman.com |
| Jeffrey R. Hunt | on behalf of Creditor Township of North Fayette jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor West Allegheny School District jhunt@grblaw.com |
| Joseph P. Schalk | on behalf of Creditor Bank Of America N.A. jschalk@barley.com, sromig@barley.com |
| Joshua I. Goldman | on behalf of Creditor BANK OF AMERICA N.A. josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| Maria Miksich | on behalf of Creditor BANK OF AMERICA N.A. C/O CARRINGTON MORTGAGE SERVICES, LLC. mmiksich@kmllawgroup.com |
| Michael E. Fiffik | on behalf of Creditor Spencer's Service Center mfiffik@fiffiklaw.com nreyes@fiffiklaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |

TOTAL: 16