IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 16-22569-JAD |
| Edward F. Fisher Jr. | ) | Chapter 13 |
| Susan D. Fisher | ) | Doc No. |
|     Debtor | ) | |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | Related to Document 148 and 150 |
|     Movant | ) | 150 and Claim 7 |
| vs | ) | |
| Citizens Bank N.A. | ) | Hearing Date: 11/12/21 at 11:00 a.m. |
|     Respondent | ) | |

## EXHIBIT A

Date: <u>November 5, 2021</u>  `

/s/ <u>Bryan P. Keenan</u>
Bryan P. Keenan, Esquire
Attorney for the Debtor
PA I.D. No. 89053
Bryan P. Keenan & Associates, P.C.
993 Greentree Road, Suite 101
Pittsburgh, PA 15220
(412) 922-5116
keenan662@gmail.com

 1-888-910-4100
Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

**Checking Account Statement**

 OF 3

Beginning August 25, 2021
through September 24, 2021

*Checking continued from previous page*

### Other Withdrawals & Debits

| Date | Amount | Description |
|---|---|---|
| 09/09 | 1,297.63 | Carrington Mortgage |
| 09/10 | 189.17 | Citizens Bank Na Phone Pay  19674 |

SUSANNE D FISHER
EDWARD F FISHER JR
**One Deposit Checking**
448-7

 Total Withdrawals & Debits

### Deposits & Credits

| Date | Amount | Description |
|---|---|---|
|  | | |

Total Deposits & Credits

Current Balance

### Daily Balance

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### MEMO

--Are you on track to meet your goals? Citizens Quest(TM) Checking is an account that gives you the confidence you're on the right path with benefits such as:
* More everyday banking services such as checks, using another banks' ATM(1), wires and more at no additional cost
* No monthly maintenance fee with $5,000 in deposits each statement period(2)
* No overdraft fee charged on a first overdraft occurrence each year
* No fee Savings Overdraft Transfer and Overdraft Line of Credit plans to help protect against overdrafts(3)
* Additional unlimited Citizens Quest Checking and Savings accounts for you and your family with no monthly maintenance fee
* A personalized plan giving you confidence you're on track
* Relationship benefits

To upgrade to Citizens Quest Checking visit a branch or call 800-773-7373. Member FDIC.
(1) Non-Citizens ATM owners may charge a fee
(2) Or, maintain a $25,000 monthly combined deposit and investment balance across linked accounts
(3) The $12 transfer fee per day for Savings Overdraft Transfer Plan and Overdraft Line of Credit Plan is waived for Citizens Quest Checking. The $30 Annual Fee on Overdraft Line of Credit is waived for Citizens Quest Checking. The Annual Percentage Rate (APR) for an Overdraft Line of Credit is 21% on all outstanding loan balances. Credit approval is required.

### NEWS FROM CITIZENS

--Why wait for a statement to see your banking activity? Download our Mobile Banking App* today to manage your money when it is convenient for you.
*Wireless carrier charges may apply.
--Saving can be easier than you think! With small changes in your spending, your savings can really add up! By starting with just $20 per week you can save over $1000 a year! Set up an automatic transfer to your savings and watch your savings add up! For more information stop by a branch, visit citizensbank.com/starttosave or call 888-821-3900. Member FDIC.

Member FDIC ⌂ Equal Housing Lender

**Citizens Bank**

ROP450
P.O. Box 7000
Providence, RI 02940

**1-888-910-4100**
Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

**Checking Account Statement**

 OF 2

Beginning September 25, 2021
through October 26, 2021

SUSANNE D FISHER
6758 ELK RUSH DR
IMPERIAL PA 15126-9289

## Checking

US702

### SUMMARY

**Balance Calculation**

| | |
|---|---|
| Previous Balance | ░░░ |
| Checks | .00 - |
| Withdrawals & Debits | ░░░ - |
| Deposits & Credits | ░░░ + |
| Current Balance | ░░░ = |

SUSANNE D FISHER
EDWARD F FISHER JR
**One Deposit Checking**
░░░-448-7

The $9.99 monthly maintenance fee is waived when you make at least 1 deposit that is posted before the end of your statement period.
    You made at least 1 deposit.

Good news! The monthly maintenance fee was waived based on your account activity.

Your next statement period will end on November 24, 2021.

Previous Balance ░░░

### TRANSACTION DETAILS
**Withdrawals & Debits**

**ATM/Purchases**

| Date | Amount | Description |
|---|---|---|
| 10/12 | ░░░ | 8409 Dbt Purchase ░░░ |
| 10/12 | ░░░ | 8409 POS Debit - ░░░ |
| 10/12 | ░░░ | 8409 Dbt Purchase ░░░ |
| 10/12 | ░░░ | 7565 Dbt Purchase ░░░ |
| 10/12 | ░░░ | 8409 POS Debit - ░░░ |
| 10/12 | ░░░ | 8409 POS Debit - ░░░ |
| 10/12 | ░░░ | 8409 POS Debit - ░░░ |
| 10/14 | ░░░ | 8409 Dbt Purchase ░░░ PA |
| 10/14 | ░░░ | 8409 POS Debit - ░░░ |
| 10/14 | ░░░ | 8409 POS Debit - ░░░ PA |
| 10/14 | ░░░ | 8409 POS Debit - ░░░ |
| 10/21 | ░░░ | 8409 Dbt Purchase ░░░ PA |

**Other Withdrawals & Debits**

| Date | Amount | Description |
|---|---|---|
| 10/13 | 1,297.63 | Carrington Mortgage ░░░ |
| 10/14 | 183.08 | Citizens Bank Online ░░░ |

Total Withdrawals & Debits ░░░

Member FDIC  Equal Housing Lender