| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Edward F. Fisher Jr.** <br> First Name    Middle Name    Last Name | Social Security number or ITIN   **xxx–xx–4480** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Susan D. Fisher** <br> First Name    Middle Name    Last Name | Social Security number or ITIN   **xxx–xx–5897** <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:   **16–22569–JAD** | | |

# Order of Discharge                                                                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Edward F. Fisher Jr.                                         Susan D. Fisher
                                                             aka Susan D. Bernaciak

<u>11/30/21</u>                                              **By the court:**    <u>Jeffery A. Deller</u>
                                                                                  United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                         **Chapter 13 Discharge**                         page 2

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-22569-JAD |
| Edward F. Fisher, Jr. | Chapter 13 |
| Susan D. Fisher | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: lfin | Page 1 of 4 |
| Date Rcvd: Nov 30, 2021 | Form ID: 3180W | Total Noticed: 60 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Edward F. Fisher, Jr., Susan D. Fisher, 6758 Elk Rush Drive, Imperial, PA 15126-9289 |
| cr | + | Ally Financial, Tucker Arensberg, P.C., c/o Brett A. Solomon, Esquire, 1500 One PPG Place, Pittsburgh, Pa 15222-5413 |
| cr | + | Spencer's Service Center, 2111 Montour West Industrial Blvd, Coraopolis, PA 15108-9364 |
| 14260089 | + | AAS Debt Recovery Inc., Re: First Commonwealth Bank, PO Box 129, Monroeville, PA 15146-0129 |
| 14262404 | + | Advance Auto Parts, Inc., Store Support Center, 5008 Airport Road, Roanoke, VA 24012-1601 |
| 14260090 | | Advanced Auto Parts, AAP Financial Services, PO Box 742063, Atlanta, GA 30374-2063 |
| 14322621 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14260093 | ++ | CREDIT PROTECTION ASSOCIATION LP, PARKWAY CENTER V, 2500 DALLAS PARKWAY SUTIE 500, PLANO TX 75093-4805 address filed with court:, Credit Protection Assoc, 13355 Noel Rd. Ste 2100, Dallas, TX 75240 |
| 14262397 | + | Craig and Renee Schoenfelder, 274 Grange Road, Mc Donald, PA 15057-4418 |
| 14260096 | + | Erie Pathoogy Associates, 232 W 25th St Erie, Erie, PA 16544-0002 |
| 14262398 | + | MDJ-05-02, MDJ Name: Honorable Randy C. Martini, Re: LT-7-2016, 22 Wabash Street, LL Suite 101, Pittsburgh, PA 15220-5436 |
| 14262403 | + | Oliverio Buick, 1110 Laurel Hill Road, McDonald, PA 15057-3532 |
| 14265133 | | Padgett Business Services, 329 Forest Grove Road, Corapolis, PA 15108-3709 |
| 14262402 | | Penn Creditor Corp., Re: West Penn Power, 916 S McKean Street, Harrisburg, PA 17104 |
| 14260098 | | Peoples Gas, 1107 Bell Ave, Carnegie, PA 15106-1109 |
| 14323028 | + | Peoples Natural Gas Company, LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14262399 | + | Raineater of Pittsburgh, 49 N. Wren Drive, Pittsburgh, PA 15243-1231 |
| 14260099 | | Republic Services, 73 W. Noblestown Rd, Carnegie, PA 15106-1668 |
| 14257746 | | Spencer's Service Center Inc., 2111 Montour West, Industrial B, 126,785.36, Coraopolis, PA 15108 |
| 14260100 | + | Station Auto Parts, Inc., 404 Locust Street, Coraopolis, PA 15108-3959 |
| 14285599 | + | Township of North Fayette/West Allegheny SD, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14257747 | + | Welch, Gold, Siegel & Fiffik, c/o Michael E. Fiffik, Esquire, 1240 Lawyers Bldg., 428 Forbes Avenue, Pittsburgh, PA 15219-1614 |
| 14260103 | + | West Allegheny SD & TWP of N. Fayetee, c/o Jordan Tax Service Inc., 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 14257748 | + | West Allegheny SD & TWP of North Fayette, c/o Jordan Tax Service Inc., 102 Rahway Road, Canonsburg, PA 15317-3349 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Dec 01 2021 04:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 30 2021 23:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Dec 01 2021 04:38:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |

Case 16-22569-JAD  Doc 169  Filed 12/02/21  Entered 12/03/21 00:32:01  Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: lfin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 30, 2021 | Form ID: 3180W | Total Noticed: 60 |

| | | | | |
|---|---|---|---|---|
| | | | Nov 30 2021 23:38:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | | EDI: BANKAMER.COM | Dec 01 2021 04:38:00 | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 30 2021 23:38:00 | Citizens Bank N.A., One Citizens Bank Way JCA115, Johnston, RI 02919 |
| cr | + | EDI: AISACG.COM | Dec 01 2021 04:38:00 | Capital One Auto Finance c/o AIS Portfolio Service, 4515 N. Santa Fe Ave., Dept APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Dec 01 2021 04:38:00 | Capital One Auto Finance c/o Ascension Capital Gro, P.O. Box 201347, Arlington, TX 76006-1347 |
| 14267217 | | EDI: GMACFS.COM | Dec 01 2021 04:38:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14257733 | + | EDI: GMACFS.COM | Dec 01 2021 04:38:00 | Ally Financial, Attn: Bankruptcy, Po Box 130424, Roseville, MN 55113-0004 |
| 14257735 | | EDI: BANKAMER.COM | Dec 01 2021 04:38:00 | Bank of America, Po Box 982238, El Paso, TX 79998 |
| 14322623 | | EDI: BANKAMER.COM | Dec 01 2021 04:38:00 | BANK OF AMERICA, N.A., BANK OF AMERICA, PO BOX 31785, TAMPA, FL, 33631-3785 |
| 14257734 | | EDI: BANKAMER.COM | Dec 01 2021 04:38:00 | Bank of America, PO Box 5170, Simi Valley, CA 93062-5170 |
| 14257736 | | EDI: BANKAMER.COM | Dec 01 2021 04:38:00 | Bank of America Home Loans, PO Box 5170, Simi Valley, CA 93062-5170 |
| 14260091 | + | Email/Text: updates@brennanclark.com | Nov 30 2021 23:38:00 | Brennan & Clark LTD, 721 E. Madison, Villa Park, IL 60181-3083 |
| 14257738 | | EDI: CAPITALONE.COM | Dec 01 2021 04:38:00 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14899050 | + | Email/Text: BKBCNMAIL@carringtonms.com | Nov 30 2021 23:38:00 | CARRINGTON MORTGAGE SERVICES as Servicer, for BANK OF AMERICA, N.A., PO BOX 3730, Anaheim, CA 92803-3730 |
| 14257741 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 30 2021 23:38:00 | Citizens Bank, 525 William Penn Place, Pittsburgh, PA 15219 |
| 14285484 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 30 2021 23:38:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14260092 | + | Email/Text: bkdept@cancapital.com | Nov 30 2021 23:38:00 | Can Capital Asset Servicing, Inc, 2015 Vaughn Rd. Suite 500, Kennesaw, GA 30144-7831 |
| 14257737 | + | EDI: CAPONEAUTO.COM | Dec 01 2021 04:38:00 | Capital One Auto Finance, 3905 N Dallas Pkwy, Plano, TX 75093-7892 |
| 14283515 | + | EDI: AIS.COM | Dec 01 2021 04:38:00 | Capital One Auto Finance c/o AIS, Potfolio, LP f/k/a AIS Data Services, d/b/a Ascension Capital Group, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 14280159 | | EDI: CAPITALONE.COM | Dec 01 2021 04:38:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14257739 | + | EDI: CITICORP.COM | Dec 01 2021 04:38:00 | Cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 14257742 | + | Email/Text: bankruptcy@clearviewfcu.org | Nov 30 2021 23:38:00 | Clearview Federal Cu, 8805 University Blvd, Moon Township, PA 15108-4212 |
| 14257744 | + | EDI: CITICORP.COM | Dec 01 2021 04:38:00 | Mcydsnb, 9111 Duke Blvd, Mason, OH 45040 |
| 14326952 | | EDI: Q3G.COM | Dec 01 2021 04:38:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA |

| District/off: 0315-2 | User: lfin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 30, 2021 | Form ID: 3180W | Total Noticed: 60 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 98083-0657 |
| 14262160 | | EDI: DISCOVER.COM | Dec 01 2021 04:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14257743 | + | EDI: DISCOVER.COM | Dec 01 2021 04:38:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14260094 | + | Email/Text: kburkley@bernsteinlaw.com | Nov 30 2021 23:38:00 | Duquense Light, Bernstien Law Firm, 411 7th Avenue, Maildrop 7-3, Pittsburgh, PA 15219-1919 |
| 14260095 | + | Email/Text: bankruptcy@erieinsurance.com | Nov 30 2021 23:38:00 | Erie Insurance, 100 Erie Insurance Place, Erie, PA 16530-9000 |
| 14260097 | + | Email/Text: jwalsh@fcbanking.com | Nov 30 2021 23:38:00 | First Commonwealth Bank, 601 Philadelphia St, Indiana, PA 15701-3952 |
| 14257740 | | EDI: JPMORGANCHASE | Dec 01 2021 04:38:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14323612 | | EDI: PRA.COM | Dec 01 2021 04:38:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14323028 | + | Email/Text: ebnpeoples@grblaw.com | Nov 30 2021 23:38:00 | Peoples Natural Gas Company, LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14257745 | + | EDI: DRIV.COM | Dec 01 2021 04:38:00 | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 14285599 | + | Email/Text: ebnjts@grblaw.com | Nov 30 2021 23:38:00 | Township of North Fayette/West Allegheny SD, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14260101 | + | EDI: VERIZONCOMB.COM | Dec 01 2021 04:38:00 | Verizon, PO Box 15124, Albany, NY 12212-5124 |
| 14262401 | + | Email/Text: bankruptcy@firstenergycorp.com | Nov 30 2021 23:38:00 | West Penn Power, PO Box 3615, Akron, OH 44309-3615 |
| 14312365 | + | Email/Text: bankruptcy@firstenergycorp.com | Nov 30 2021 23:38:00 | West Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. C/O CARRINGTON MORTGAGE SERV |
| cr | | Bank Of America, N.A. |
| cr | | Township of North Fayette |
| cr | | West Allegheny School District |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14260102 | *+ | Welch, Gold, Siegel & Fiffik, c/o Michael E. Fiffik, Esquire, 1240 Lawyers Bldg., 428 Forbes Avenue, Pittsburgh, PA 15219-1614 |
| 14260104 | *+ | West Allegheny SD & TWP of North Fayette, c/o Jordan Tax Service Inc., 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 14262400 | ##+ | Tire Centers LLC, 159 Crown Court, Oakdale, PA 15071-3910 |
| 14327997 | ##+ | Welch, Gold, Siegel & Fiffik P.C., c/o Michael E. Fiffik, Esquire, 428 Forbes Avenue, Ste. 1240, Pittsburgh PA 15219-1617 |

TOTAL: 4 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2021          Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brett A. Solomon | on behalf of Creditor Ally Financial brett@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor BANK OF AMERICA N.A. C/O CARRINGTON MORTGAGE SERVICES, LLC. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Bank Of America N.A. bnicholas@kmllawgroup.com |
| Bryan P. Keenan | on behalf of Joint Debtor Susan D. Fisher keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com |
| Bryan P. Keenan | on behalf of Debtor Edward F. Fisher Jr. keenan662@gmail.com, melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com |
| Chrisovalanate P. Fliakos | on behalf of Creditor Bank Of America N.A. pawb@fedphe.com |
| Garry Alan Masterson | on behalf of Creditor Citizens Bank N.A. pitecf@weltman.com |
| Jeffrey R. Hunt | on behalf of Creditor West Allegheny School District jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Township of North Fayette jhunt@grblaw.com |
| Joseph P. Schalk | on behalf of Creditor Bank Of America N.A. jschalk@barley.com, sromig@barley.com |
| Joshua I. Goldman | on behalf of Creditor BANK OF AMERICA N.A. josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| Maria Miksich | on behalf of Creditor BANK OF AMERICA N.A. C/O CARRINGTON MORTGAGE SERVICES, LLC. mmiksich@kmllawgroup.com |
| Michael E. Fiffik | on behalf of Creditor Spencer's Service Center mfiffik@fiffiklaw.com  nreyes@fiffiklaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com |

TOTAL: 16