**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

**DEFAULT O/E JAD**

IN RE:
    EDWARD F. FISHER, JR.
    SUSAN D. FISHER
        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:16-22569 JAD

Chapter 13

Document No.: 144

FILED
11/30/21 1:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**ORDER OF COURT**

    AND NOW, this __30th__ day of __November__, 20_21_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-22569-JAD |
| Edward F. Fisher, Jr. | Chapter 13 |
| Susan D. Fisher | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: lfin | Page 1 of 4 |
| Date Rcvd: Nov 30, 2021 | Form ID: pdf900 | Total Noticed: 58 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Edward F. Fisher, Jr., Susan D. Fisher, 6758 Elk Rush Drive, Imperial, PA 15126-9289 |
| cr | + | Ally Financial, Tucker Arensberg, P.C., c/o Brett A. Solomon, Esquire, 1500 One PPG Place, Pittsburgh, Pa 15222-5413 |
| cr | | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | + | Spencer's Service Center, 2111 Montour West Industrial Blvd, Coraopolis, PA 15108-9364 |
| 14260089 | + | AAS Debt Recovery Inc., Re: First Commonwealth Bank, PO Box 129, Monroeville, PA 15146-0129 |
| 14262404 | + | Advance Auto Parts, Inc., Store Support Center, 5008 Airport Road, Roanoke, VA 24012-1601 |
| 14260090 | | Advanced Auto Parts, AAP Financial Services, PO Box 742063, Atlanta, GA 30374-2063 |
| 14257735 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Po Box 982238, El Paso, TX 79998 |
| 14322623 | | BANK OF AMERICA, N.A., BANK OF AMERICA, PO BOX 31785, TAMPA, FL, 33631-3785 |
| 14257734 | | Bank of America, PO Box 5170, Simi Valley, CA 93062-5170 |
| 14257736 | | Bank of America Home Loans, PO Box 5170, Simi Valley, CA 93062-5170 |
| 14322621 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14260093 | ++ | CREDIT PROTECTION ASSOCIATION LP, PARKWAY CENTER V, 2500 DALLAS PARKWAY SUTIE 500, PLANO TX 75093-4805 address filed with court:, Credit Protection Assoc, 13355 Noel Rd. Ste 2100, Dallas, TX 75240 |
| 14262397 | + | Craig and Renee Schoenfelder, 274 Grange Road, Mc Donald, PA 15057-4418 |
| 14260096 | + | Erie Pathoogy Associates, 232 W 25th St Erie, Erie, PA 16544-0002 |
| 14262398 | + | MDJ-05-02, MDJ Name: Honorable Randy C. Martini, Re: LT-7-2016, 22 Wabash Street, LL Suite 101, Pittsburgh, PA 15220-5436 |
| 14262403 | + | Oliverio Buick, 1110 Laurel Hill Road, McDonald, PA 15057-3532 |
| 14265133 | | Padgett Business Services, 329 Forest Grove Road, Corapolis, PA 15108-3709 |
| 14262402 | | Penn Creditor Corp., Re: West Penn Power, 916 S McKean Street, Harrisburg, PA 17104 |
| 14260098 | | Peoples Gas, 1107 Bell Ave, Carnegie, PA 15106-1109 |
| 14323028 | + | Peoples Natural Gas Company, LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14262399 | + | Raineater of Pittsburgh, 49 N. Wren Drive, Pittsburgh, PA 15243-1231 |
| 14260099 | | Republic Services, 73 W. Noblestown Rd, Carnegie, PA 15106-1668 |
| 14257745 | + | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 14257746 | | Spencer's Service Center Inc., 2111 Montour West, Industrial B, 126,785.36, Coraopolis, PA 15108 |
| 14260100 | + | Station Auto Parts, Inc., 404 Locust Street, Coraopolis, PA 15108-3959 |
| 14285599 | + | Township of North Fayette/West Allegheny SD, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14257747 | + | Welch, Gold, Siegel & Fiffik, c/o Michael E. Fiffik, Esquire, 1240 Lawyers Bldg., 428 Forbes Avenue, Pittsburgh, PA 15219-1614 |
| 14260103 | + | West Allegheny SD & TWP of N. Fayetee, c/o Jordan Tax Service Inc., 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 14257748 | + | West Allegheny SD & TWP of North Fayette, c/o Jordan Tax Service Inc., 102 Rahway Road, Canonsburg, PA 15317-3349 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: Bankruptcy.RI@Citizensbank.com | | |
| | | | Nov 30 2021 23:38:00 | Citizens Bank N.A., One Citizens Bank Way JCA115, Johnston, RI 02919 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |
| | | | Nov 30 2021 23:45:40 | Capital One Auto Finance c/o AIS Portfolio |

| Recipient | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | | Service, 4515 N. Santa Fe Ave., Dept APS, Oklahoma City, OK 73118-7901 |
| | | | Nov 30 2021 23:45:44 | Capital One Auto Finance c/o Ascension Capital Gro, P.O. Box 201347, Arlington, TX 76006-1347 |
| 14267217 | | Email/Text: ally@ebn.phinsolutions.com | Nov 30 2021 23:38:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14257733 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 30 2021 23:38:00 | Ally Financial, Attn: Bankruptcy, Po Box 130424, Roseville, MN 55113-0004 |
| 14260091 | + | Email/Text: updates@brennanclark.com | Nov 30 2021 23:38:00 | Brennan & Clark LTD, 721 E. Madison, Villa Park, IL 60181-3083 |
| 14257738 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 30 2021 23:45:40 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14899050 | + | Email/Text: BKBCNMAIL@carringtonms.com | Nov 30 2021 23:38:00 | CARRINGTON MORTGAGE SERVICES as Servicer, for BANK OF AMERICA, N.A., PO BOX 3730, Anaheim, CA 92803-3730 |
| 14257741 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 30 2021 23:38:00 | Citizens Bank, 525 William Penn Place, Pittsburgh, PA 15219 |
| 14285484 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 30 2021 23:38:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14260092 | + | Email/Text: bkdept@cancapital.com | Nov 30 2021 23:38:00 | Can Capital Asset Servicing, Inc, 2015 Vaughn Rd. Suite 500, Kennesaw, GA 30144-7831 |
| 14257737 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Nov 30 2021 23:45:40 | Capital One Auto Finance, 3905 N Dallas Pkwy, Plano, TX 75093-7892 |
| 14283515 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 30 2021 23:45:45 | Capital One Auto Finance c/o AIS, Potfolio, LP f/k/a AIS Data Services, d/b/a Ascension Capital Group, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 14280159 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 30 2021 23:45:44 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14257739 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 30 2021 23:45:41 | Cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 14257742 | + | Email/Text: bankruptcy@clearviewfcu.org | Nov 30 2021 23:38:00 | Clearview Federal Cu, 8805 University Blvd, Moon Township, PA 15108-4212 |
| 14257744 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 30 2021 23:45:41 | Mcydsnb, 9111 Duke Blvd, Mason, OH 45040 |
| 14326952 | | Email/Text: bnc-quantum@quantum3group.com | Nov 30 2021 23:38:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14262160 | | Email/Text: mrdiscen@discover.com | Nov 30 2021 23:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14257743 | + | Email/Text: mrdiscen@discover.com | Nov 30 2021 23:38:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14260094 | + | Email/Text: kburkley@bernsteinlaw.com | Nov 30 2021 23:38:00 | Duquense Light, Bernstien Law Firm, 411 7th Avenue, Maildrop 7-3, Pittsburgh, PA 15219-1919 |
| 14260095 | + | Email/Text: bankruptcy@erieinsurance.com | Nov 30 2021 23:38:00 | Erie Insurance, 100 Erie Insurance Place, Erie, PA 16530-9000 |
| 14260097 | + | Email/Text: jwalsh@fcbanking.com | Nov 30 2021 23:38:00 | First Commonwealth Bank, 601 Philadelphia St, Indiana, PA 15701-3952 |
| 14257740 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 30 2021 23:45:44 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14323612 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 30 2021 23:45:40 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14323028 | + | Email/Text: ebnpeoples@grblaw.com | Nov 30 2021 23:38:00 | Peoples Natural Gas Company, LLC, c/o S. James |

| | | | | |
|---|---|---|---|---|
| | | | | Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14257745 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 30 2021 23:38:00 | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 14285599 | + | Email/Text: ebnjts@grblaw.com | Nov 30 2021 23:38:00 | Township of North Fayette/West Allegheny SD, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14260101 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 30 2021 23:38:00 | Verizon, PO Box 15124, Albany, NY 12212-5124 |
| 14262401 | + | Email/Text: bankruptcy@firstenergycorp.com | Nov 30 2021 23:38:00 | West Penn Power, PO Box 3615, Akron, OH 44309-3615 |
| 14312365 | + | Email/Text: bankruptcy@firstenergycorp.com | Nov 30 2021 23:38:00 | West Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 |

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. C/O CARRINGTON MORTGAGE SERV |
| cr | | Bank Of America, N.A. |
| cr | | Township of North Fayette |
| cr | | West Allegheny School District |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14260102 | *+ | Welch, Gold, Siegel & Fiffik, c/o Michael E. Fiffik, Esquire, 1240 Lawyers Bldg., 428 Forbes Avenue, Pittsburgh, PA 15219-1614 |
| 14260104 | *+ | West Allegheny SD & TWP of North Fayette, c/o Jordan Tax Service Inc., 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 14262400 | ##+ | Tire Centers LLC, 159 Crown Court, Oakdale, PA 15071-3910 |
| 14327997 | ##+ | Welch, Gold, Siegel & Fiffik P.C., c/o Michael E. Fiffik, Esquire, 428 Forbes Avenue, Ste. 1240, Pittsburgh PA 15219-1617 |

TOTAL: 4 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2021              Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brett A. Solomon | on behalf of Creditor Ally Financial brett@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor BANK OF AMERICA  N.A. C/O CARRINGTON MORTGAGE SERVICES, LLC. bnicholas@kmllawgroup.com |
| Brian Nicholas | |

Case 16-22569-JAD   Doc 170   Filed 12/02/21   Entered 12/03/21 00:32:01   Desc
Imaged Certificate of Notice   Page 5 of 5

| | | |
|---|---|---|
| District/off: 0315-2 | User: lfin | Page 4 of 4 |
| Date Rcvd: Nov 30, 2021 | Form ID: pdf900 | Total Noticed: 58 |

| | |
|---|---|
| | on behalf of Creditor Bank Of America N.A. bnicholas@kmllawgroup.com |
| Bryan P. Keenan | on behalf of Joint Debtor Susan D. Fisher keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com |
| Bryan P. Keenan | on behalf of Debtor Edward F. Fisher Jr. keenan662@gmail.com, melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com |
| Chrisovalanate P. Fliakos | on behalf of Creditor Bank Of America N.A. pawb@fedphe.com |
| Garry Alan Masterson | on behalf of Creditor Citizens Bank N.A. pitecf@weltman.com |
| Jeffrey R. Hunt | on behalf of Creditor West Allegheny School District jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Township of North Fayette jhunt@grblaw.com |
| Joseph P. Schalk | on behalf of Creditor Bank Of America N.A. jschalk@barley.com, sromig@barley.com |
| Joshua I. Goldman | on behalf of Creditor BANK OF AMERICA N.A. josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| Maria Miksich | on behalf of Creditor BANK OF AMERICA N.A. C/O CARRINGTON MORTGAGE SERVICES, LLC. mmiksich@kmllawgroup.com |
| Michael E. Fiffik | on behalf of Creditor Spencer's Service Center mfiffik@fiffiklaw.com nreyes@fiffiklaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |

TOTAL: 16