IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 16-22569 JAD |
| Edward F. Fisher, Jr. | : | Chapter 13 |
| Susan D. Fisher | : | |
|     Debtors | : | |
| | : | |
| Spencers Service Center, | : | |
|     Movant | : | |
| v. | : | |
| Ronda J. Winnecour, Esquire | : | Document No. |
| Chapter 13 Trustee, | : | |
|     Respondent | : | |

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I served, or caused to be served, a true and correct copy of the Spencers Service Center's Motion To Reopen Case To Withdraw Unclaimed Funds, together with Notice of Zoom Hearing and Response Deadline, on the parties listed below on July 31, 2023 by regular First Class United States Mail or other method as described below.

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
(Via CM/ECF)

Ronda J. Winnecour, Esquire
3250 U.S. Steel Tower
600 Grant Street
Pittsburgh PA 15219
(Via CM/ECF)

Bryan P. Keenan, Esquire
993 Greentree Road, Suite 200
Pittsburgh PA 15220
Via CM/ECF)

(Via US Mail):

Edward F. Fisher, Jr.
Susan D. Fisher
6758 Elk Rush Road
Imperial PA 15126

    July 31, 2023

/s/ Noemy Reyes_____
Fiffik Law Group, PC
Foster Plaza 7, Ste. 315
661 Andersen Drive
Pittsburgh PA 15220
(412) 391-1014

nreyes@fiffiklaw.com