IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 16-22569 JAD |
| Edward F. Fisher, Jr. | : | Chapter 13 |
| Susan D. Fisher | : | |
|     Debtors | : | |
| | : | |
| Spencers Service Center, | : | |
|     Movant | : | |
|     v. | : | |
| Ronda J. Winnecour, Esquire | : | Document No. |
| Chapter 13 Trustee, | : | |
|     Respondent | : | |

### CERTIFICATION OF NO RESPONSE REGARDING MOTION TO REOPEN CASE TO WITHDRAW UNCLAIMED FUNDS

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion of Spencers Service Center To Reopen Case To Withdraw Unclaimed Funds filed on July 24, 2023 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Zoom Hearing With Response Deadline, objections to the motion were to be filed and served no later than August 17, 2023.

    It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

August 18, 2023                        /s/ Richard J. Bedford\_\_\_\_
                                             Richard J. Bedford, Esquire PA I.D. 25069
                                             Fiffik Law Group, PC
                                             Attorney for Movant
                                             Foster Plaza 7, Ste. 315
                                             661 Andersen Drive
                                             Pittsburgh PA 15220
                                             (412) 391-1014
                                             rbedford@fiffiklaw.com