IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 16-22569 JAD |
| Edward F. Fisher, Jr. | : | Chapter 13 |
| Susan D. Fisher | : | |
| Debtors | : | |
| | : | Related to ECF No. 174 |
| Spencers Service Center, | : | Hearing: August 30, 2023 at 11 a.m. |
| Movant | : | |
| v. | : | |
| Ronda J. Winnecour, Esquire | : | |
| Chapter 13 Trustee, | : | **DEFAULT O/E JAD** |
| Respondent | : | |

ORDER REOPENING CASE

Now, this 23rd day of August, 2023, upon consideration of the Motion of Spencers Service Center To Reopen Case To Withdraw Unclaimed funds, it is

ORDERED, that the motion is granted. It is further

ORDERED, that no filing fee shall be charged to Movant for filing its motion to reopen this case.

BY THE COURT:

FILED
8/23/23 2:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____
HONORABLE JEFFERY A. DELLER
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-22569-JAD |
| Edward F. Fisher, Jr. | Chapter 13 |
| Susan D. Fisher | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: auto    Page 1 of 2
Date Rcvd: Aug 23, 2023    Form ID: pdf900    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Edward F. Fisher, Jr., Susan D. Fisher, 6758 Elk Rush Drive, Imperial, PA 15126-9289 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brett A. Solomon | on behalf of Creditor Ally Financial brett@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor Bank Of America  N.A. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor BANK OF AMERICA  N.A. C/O CARRINGTON MORTGAGE SERVICES, LLC. bnicholas@kmllawgroup.com |
| Bryan P. Keenan | on behalf of Joint Debtor Susan D. Fisher keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Bryan P. Keenan | on behalf of Debtor Edward F. Fisher  Jr. keenan662@gmail.com, |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Aug 23, 2023 | Form ID: pdf900 | Total Noticed: 1 |

melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com

Chrisovalanate P. Fliakos
    on behalf of Creditor Bank Of America  N.A. pawb@fedphe.com

Garry Alan Masterson
    on behalf of Creditor Citizens Bank N.A. pitecf@weltman.com

Jeffrey R. Hunt
    on behalf of Creditor Township of North Fayette jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor West Allegheny School District jhunt@grblaw.com

Joseph P. Schalk
    on behalf of Creditor Bank Of America  N.A. jschalk@barley.com, sromig@barley.com

Joshua I. Goldman
    on behalf of Creditor BANK OF AMERICA  N.A. josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com;BKecf@padgettlawgroup.com

Maria Miksich
    on behalf of Creditor BANK OF AMERICA  N.A. C/O CARRINGTON MORTGAGE SERVICES, LLC. mmiksich@kmllawgroup.com

Michael E. Fiffik
    on behalf of Creditor Spencer's Service Center mfiffik@fiffiklaw.com  nreyes@fiffiklaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Richard J Bedford
    on behalf of Creditor Spencer's Service Center rbedford@fiffiklaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 17