IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 16-22569 JAD |
| Edward F. Fisher, Jr. | : | Chapter 13 |
| Susan D. Fisher | : | |
|     Debtors | : | |
| | : | |
| Spencers Service Center, | : | Related to Document No. 174 |
|     Movant | : | |
| v. | : | |
| Ronda J. Winnecour, Esquire | : | Document No. |
| Chapter 13 Trustee, | : | |
|     Respondent | : | |

## CERTIFICATE OF SERVICE

    I certify under penalty of perjury that I served, or caused to be served, a true and correct copy of the Spencers Service Center's Motion To Withdraw Unclaimed Funds, together with Notice of Zoom Hearing and Response Deadline, on the parties listed below on August 28, 2023 by regular First Class United States Mail or other method as described below.

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
(Via CM/ECF)

Ronda J. Winnecour, Esquire
3250 U.S. Steel Tower
600 Grant Street
Pittsburgh PA 15219
(Via CM/ECF)

Bryan P. Keenan, Esquire
993 Greentree Road, Suite 200
Pittsburgh PA 15220
Via CM/ECF)

(Via US Mail):

Eric G. Olshan, Esquire
United States Attorney
700 Grant Street, Suite 4000
Pittsburgh PA 15219

Edward F. Fisher, Jr.
Susan D. Fisher
6758 Elk Rush Road
Imperial PA 15126

    August 28, 2023        /s/ Noemy Reyes_____
                                         Fiffik Law Group, PC

Foster Plaza 7, Ste. 315
661 Andersen Drive
Pittsburgh PA 15220
(412) 391-1014
nreyes@fiffiklaw.com