IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 16-22569 JAD |
| Edward F. Fisher, Jr. | : | Chapter 13 |
| Susan D. Fisher | : | |
|     Debtors | : | |
| | : | |
| Spencers Service Center, | : | |
|     Movant | : | |
|     v. | : | |
| Ronda J. Winnecour, Esquire | : | Document No. |
| Chapter 13 Trustee, | : | |
|     Respondent | : | |

### CERTIFICATION OF NO RESPONSE REGARDING MOTION TO WITHDRAW UNCLAIMED FUNDS

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion of Spencers Service Center To Withdraw Unclaimed Funds filed on August 28, 2023 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Zoom Hearing With Response Deadline, objections to the motion were to be filed and served no later than September 14, 2023.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

September 15, 2023      /s/ Richard J. Bedford\_\_\_\_
    Richard J. Bedford, Esquire PA I.D. 25069
    Fiffik Law Group, PC
    Attorney for Movant
    Foster Plaza 7, Ste. 315
    661 Andersen Drive
    Pittsburgh PA 15220
    (412) 391-1014
    rbedford@fiffiklaw.com