IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 16-22569 JAD |
| Edward F. Fisher, Jr. | : | Chapter 13 |
| Susan D. Fisher | : | |
|     Debtors | : | **DEFAULT O/E JAD** |
| | : | |
| Spencers Service Center, | : | |
|     Movant | : | |
| v. | : | Related to ECF 181 |
| Ronda J. Winnecour, Esquire | : | Hearing: September 27, 2023 at 10 a.m. |
| Chapter 13 Trustee, | : | |
|     Respondent | : | |

ORDER

Now, this 22nd day of September, 2023, upon consideration of the motion of Spencers Service Center to withdraw unclaimed funds, it is

ORDERED, that the motion is GRANTED. It is further

ORDERED, that the Clerk is directed to pay the $8,423.86 being held in this Court's unclaimed funds registry as the property of the movant to Spencers Service Center, c/o Fiffik Law Group, PC, Foster Plaza 7 Ste. 315, 661 Andersen Drive, Pittsburgh PA 15220. It is further

ORDERED, that upon release of the $8,423.86 to Spencers Service Center, the Clerk shall reclose this case.

BY THE COURT:

FILED
9/22/23 12:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____
jah
HONORABLE JEFFERY A. DELLER
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve:
   Richard Bedford, Esq.

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 16-22569-JAD
Edward F. Fisher, Jr.  Chapter 13
Susan D. Fisher
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2
Date Rcvd: Sep 22, 2023      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2023:**

**Recip ID**      **Recipient Name and Address**
db/jdb      + Edward F. Fisher, Jr., Susan D. Fisher, 6758 Elk Rush Drive, Imperial, PA 15126-9289

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2023 at the address(es) listed below:

**Name**      **Email Address**

Brett A. Solomon
     on behalf of Creditor Ally Financial brett@solomon-legal.com

Brian Nicholas
     on behalf of Creditor Bank Of America  N.A. bnicholas@kmllawgroup.com

Brian Nicholas
     on behalf of Creditor BANK OF AMERICA  N.A. C/O CARRINGTON MORTGAGE SERVICES, LLC. bnicholas@kmllawgroup.com

Bryan P. Keenan
     on behalf of Joint Debtor Susan D. Fisher keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com

Bryan P. Keenan
     on behalf of Debtor Edward F. Fisher  Jr. keenan662@gmail.com,

| | |
|---|---|
| District/off: 0315-2 | Page 2 of 2 |
| Date Rcvd: Sep 22, 2023 | Total Noticed: 1 |
| User: auto | |
| Form ID: pdf900 | |

melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com

Chrisovalanate P. Fliakos
    on behalf of Creditor Bank Of America N.A. pawb@fedphe.com

Garry Alan Masterson
    on behalf of Creditor Citizens Bank N.A. pitecf@weltman.com

Jeffrey R. Hunt
    on behalf of Creditor Township of North Fayette jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor West Allegheny School District jhunt@grblaw.com

Joseph P. Schalk
    on behalf of Creditor Bank Of America N.A. jschalk@barley.com, sromig@barley.com

Joshua I. Goldman
    on behalf of Creditor BANK OF AMERICA N.A. josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

Maria Miksich
    on behalf of Creditor BANK OF AMERICA N.A. C/O CARRINGTON MORTGAGE SERVICES, LLC. mmiksich@kmllawgroup.com

Michael E. Fiffik
    on behalf of Creditor Spencer's Service Center mfiffik@fiffiklaw.com nreyes@fiffiklaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Richard J Bedford
    on behalf of Creditor Spencer's Service Center rbedford@fiffiklaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

TOTAL: 17