«AddressBlock»Fill in this information to identify the case:

Debtor 1: <u>Edward F  Fisher, Jr.</u>
Debtor 2: <u>Susan D  Fisher</u>
(Spouse, if filing)
United States Bankruptcy Court for the: <u>Western</u> District of <u>Pennsylvania</u>
Case number: **<u>16-22569</u>**

<u>Official Form 410S1</u>                                                                                                              **Chapter 13**

Notice of Mortgage Payment Change                                                                                                 12/15

---

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of Creditor: Carrington Mortgage Services, LLC,          Court claim no. (if known): <u>11-1</u>

**Last four digits** of any number you use to identify the debtor's account:   <u>9946</u>

**Date of payment change:**   <u>11/01/2021</u>
Must be at least 21 days after date of this notice

**New total payment:**   <u>$1,298.54</u>
Principal, interest and escrow, if any

## Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**   Yes

Attach a copy of the escrow account statement prepared in a form consistent with applicable non-bankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

**Current Escrow Payment:**   <u>$497.69</u>                                   **New Escrow Payment:**   <u>$498.60</u>

## Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**   <u>No</u>

Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law.
If a notice is not attached, explain why:

**Current Interest Rate:**                                                              **New Interest Rate:**

**Current principal and interest payment:**                          **New principal and interest payment:**

## Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**   <u>No</u>

Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
(Court approval may be required before the payment change can take effect.)

Reason for change:

**Current mortgage payment:**                                                 **New mortgage payment:**

| Debtor 1: Edward F Fisher, Jr. | Case number (if known): 16-22569 |
|---|---|

## Part 4: Sign Here

The person completing the Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if Different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box:

☐ I am the creditor          [X] I am the creditor's authorized agent

(Attach copy of Power of Attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information and reasonable belief.

/s/ Tonya Leija                                                      Date: Sep 23, 2021
Signature

Print:   Tonya Leija                                                 Title:  Authorized Agent

Company:   Liepold, Harrison & Associates

Address:   1425 Greenway Drive, Suite 250
           Irving, TX  75038

Contact Phone:                                                       Email:   PCNInquiries@lha-law.com

**UNITED STATES BANKRUPTCY COURT**
**Western DISTRICT OF Pennsylvania**

*In Re:*  Case No. 16-22569

**Edward F  Fisher, Jr.**
**Susan D  Fisher**

**Chapter 13**

**Debtor(s)**

**CERTIFICATE OF SERVICE**

I hereby certify that on 09/23/2021, a true and correct copy of the foregoing Notice of Mortgage Payment Change was served upon all interested parties pursuant to the Court's CM/ECF system and/or by First Class U.S. Mail.

By: /s/ Tonya Leija

Carrington Mortgage Services, LLC
1425 Greenway Drive, Suite 250
Irving, TX  75038

Debtor
Edward F  Fisher, Jr.
6758 Elk Rush Drive
Imperial, PA 15126

Susan D  Fisher
6758 Elk Rush Drive
Imperial, PA 15126

Debtor's Counsel
Bryan P. Keenan
993 Greentree Road Suite 101
Pittsburgh, PA 15220

Trustee
Ronda J. Winnecour
600 Grant Street Suite 3250, USX Tower
Pittsburgh, PA 15219

U.S. Trustee
Office of the United States Trustee
Liberty Center. 1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

**CARRINGTON**
MORTGAGE SERVICES, LLC
NMLS ID #2600

CARRINGTON MORTGAGE SERVICES, LLC
P.O. Box 5001
Westfield, IN 46074

(800) 561-4567  FAX: (949) 517-5220

```
                                        /P1         /    680
SUSAN D FISHER                                 YOUR LOAN NUMBER :  ████████
6758 ELK RUSH DR
IMPERIAL          PA 15126                     DATE: 08/20/21
```

### *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - LAST CYCLES ESCROW ACCOUNT HISTORY ***

THIS HISTORY STATEMENT COMPARES YOUR PRIOR ANALYSIS CYCLE PROJECTED ESCROW ACTIVITY TO THE
ACTUAL ESCROW ACTIVITY BEGINNING NOVEMBER,2020 AND ENDING OCTOBER, 2021.  IF YOUR LOAN
WAS PAID-OFF, ASSUMED, OR TRANSFERRED DURING THIS PRIOR CYCLE, OR THE COMPUTATION YEAR IS
BEING CHANGED, ACTUAL ACTIVITY STOPS AT THAT POINT.  THIS STATEMENT IS INFORMATIONAL ONLY
AND REQUIRES NO ACTION ON YOUR PART.

#### --- YOUR PAYMENT BREAKDOWN AS OF NOVEMBER,2020 IS ---

```
        PRIN & INTEREST                799.94
        ESCROW PAYMENT                 497.69
        TOTAL                        1,297.63
```

```
         -- PAYMENTS TO ESCROW --      -- PAYMENTS FROM ESCROW --                   -- ESCROW BALANCE --
MONTH    PRIOR PROJECTED ACTUAL    PRIOR PROJECTED  DESCRIPTION    ACTUAL DESCRIPTION  PRIOR PROJECTED  ACTUAL
                                                   STARTING BALANCE  = = = >         1990.77           1554.03
NOV      497.69 *       494.94                  *                1176.00 HOMEOWNERS   2488.46            872.97
DEC      497.69 *      1490.32     1165.00 *  HOMEOWNERS                              1821.15           2363.29
JAN      497.69         497.69                                                        2318.84           2860.98
FEB      497.69         497.69                  *                 857.09 COUNTY TAX   2816.53           2501.58
MAR      497.69         497.69      857.09 *  COUNTY TAX                              2457.13           2999.27
APR      497.69         497.69                                                        2954.82           3496.96
MAY      497.69         497.69                                                        3452.51           3994.65
JUN      497.69         497.69      596.15    CITY TAX            596.15 CITY TAX     3354.05           3896.19
JUL      497.69         497.69                                                        3851.74           4393.88
AUG      497.69              E     3354.05 *  SCHOOL TAX         3354.05 SCHOOL TAX    995.38 TLP        501.42 ALP
                             0                                    538.41 NOT USED -
SEP      497.69              E                                                        1493.07            501.42
OCT      497.69              E                                                        1990.76            501.42
TOT     5972.28        5469.09     5972.29                       6521.70
```

UNDER FEDERAL LAW, WHEN YOUR ACTUAL ESCROW BALANCE REACHES ITS LOWEST POINT, THAT BALANCE IS TARGETED
NOT TO EXCEED 1/6TH OF THE ANNUAL PROJECTED DISBURSEMENTS.  YOUR LOAN DOCUMENTS OR STATE LAW MAY
SPECIFY THAT YOUR LOWEST BALANCE MUST BE A LOWER AMOUNT THAN THE FEDERAL LAW ALLOWS.

UNDER YOUR MORTGAGE CONTRACT OR STATE OR FEDERAL LAW, YOUR TARGETED LOW POINT ESCROW BALANCE
(TLP) WAS $995.38.  YOUR ACTUAL LOW POINT ESCROW BALANCE (ALP) WAS  $501.42.

BY COMPARING THE PROJECTED ESCROW TRANSACTIONS WITH THE ACTUAL TRANSACTIONS YOU CAN
DETERMINE WHERE A DIFFERENCE MAY HAVE OCCURRED.  AN ASTERISK  (*) INDICATES A DIFFERENCE IN EITHER THE
AMOUNT OR DATE OF THE PROJECTED ACTIVITY AND THE ACTUAL ACTIVITY.
THE LETTER "E" BESIDE AN AMOUNT INDICATES THAT THE PROJECTED ACTIVITY HAS NOT YET OCCURRED DUE TO THE
DATE OF THIS STATEMENT.

IF THERE ARE NO PRIOR PAYMENTS TO OR FROM ESCROW SHOWN, THERE WAS NO PRIOR PROJECTION
TO WHICH THE ACTUAL ACTIVITY COULD BE COMPARED.

Your projected escrow balance consists of the following detail (an * next to an amount
indicates this is a total that represents more than one payment to or disbursement from escrow):

**Escrow payments up to escrow analysis effective date:**

```
07/20       $494.94        08/20       $494.94        09/20       $989.88       *
```

### *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS ***

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS REFUNDS, OR
ANY SHORTAGE OR DEFICIENCY THAT YOU MUST PAY. IT ALSO SHOWS YOU THE PROJECTED ESCROW
ACTIVITY FOR YOUR ESCROW CYCLE BEGINNING NOVEMBER,2021 AND ENDING OCTOBER,2022.

-------------------- PROJECTED PAYMENTS FROM ESCROW - NOVEMBER,2021 THROUGH OCTOBER,2022 -------------

```
            HOMEOWNERS INSU              1,176.00
            COUNTY TAX                     857.09
            SCHOOL TAX                   3,354.05
            CITY TAX                       596.15

            TOTAL                        5,983.29
            PERIODIC PAYMENT TO ESCROW     498.60    (1/12 OF "TOTAL FROM ESCROW")
```

------------------ PROJECTED ESCROW ACTIVITY - NOVEMBER,2021 THROUGH OCTOBER,2022 ----------------------

```
         ---- PROJECTED PAYMENTS --                      -- ESCROW BALANCE COMPARISON --
MONTH   TO ESCROW    FROM ESCROW    DESCRIPTION          PROJECTED       REQUIRED
                 ACTUAL STARTING BALANCE   = = = >        2,532.90        1,994.49
NOV,21   498.60                                           3,031.50        2,493.09
DEC,21   498.60       1,176.00   HOMEOWNERS INSU          2,354.10        1,815.69
JAN,22   498.60                                           2,852.70        2,314.29
FEB,22   498.60                                           3,351.30        2,812.89
MAR,22   498.60         857.09   COUNTY TAX               2,992.81        2,454.40
APR,22   498.60                                           3,491.41        2,953.00
MAY,22   498.60                                           3,990.01        3,451.60
JUN,22   498.60         596.15   CITY TAX                 3,892.46        3,354.05
JUL,22   498.60                                           4,391.06        3,852.65
AUG,22   498.60       3,354.05   SCHOOL TAX               1,535.61 ALP      997.20 RLP
SEP,22   498.60                                           2,034.21        1,495.80
OCT,22   498.60                                           2,532.81        1,994.40
```

**** CONTINUED ON NEXT PAGE ****

------------------------------- **DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE** ---------------------------------

```
IF THE PROJECTED LOW POINT BALANCE (ALP) IS
GREATER THAN THE REQUIRED LOW POINT BALANCE (RLP) ,
THEN THERE IS AN ESCROW SURPLUS....                       THE ESCROW SURPLUS IS....            538.41 *
```

AT THE TIME OF YOUR BANKRUPTCY FILING, YOUR ESCROW SHORTAGE INCLUDED IN THE POC (PROOF OF CLAIM) IS $0.00.

*The statement assumes all past due payments have been made toward the loan. If there are past due payments, this amount may not be accurate.

FEDERAL LAW REQUIRES ANY SURPLUS OF $50.00 OR MORE BE AUTOMATICALLY REFUNDED TO YOU.

----------------------------------- **CALCULATIONS OF YOUR NEW PAYMENT AMOUNT** -------------------------------------------

```
                     PRIN & INTEREST              799.94 *
                     ESCROW PAYMENT               498.60
BORROWER PAYMENT STARTING WITH THE PAYMENT DUE  11/01/21   ==>              1,298.54
```

* IF YOUR LOAN IS AN ADJUSTABLE RATE MORTGAGE, THE PRINCIPAL & INTEREST PORTION OF
  YOUR PAYMENT MAY CHANGE WITHIN THIS CYCLE IN ACCORDANCE WITH YOUR LOAN DOCUMENTS.

NOTE :     YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF MONEY
           HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING OVERDRAWN
           WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES A MAXIMUM
           ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL PROJECTED ESCROW
           DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS $995.38.
           YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. YOUR MORTGAGE
           CONTRACT AND STATE LAW ARE SILENT ON THIS ISSUE. WHEN YOUR ESCROW BALANCE
           REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE IS TARGETED
           TO BE YOUR CUSHION AMOUNT.
           YOUR ESCROW CUSHION FOR THIS CYCLE IS $997.20.

   YOUR PROJECTED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT TO AN AMOUNT INDICATES
   THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT TO OR DISBURSEMENT FROM ESCROW):

**Escrow payments up to escrow analysis effective date:**
 08/21      $497.69         09/21      $497.69         10/21      $497.69

**IMPORTANT BANKRUPTCY NOTICE**

If you have been discharged from personal liability on the mortgage because of bankruptcy proceedings and have not reaffirmed the mortgage, or if you are the subject of a pending bankruptcy proceeding, this letter is not an attempt to collect a debt from you but merely provides informational notice regarding the status of the loan.  If you are represented by an attorney with respect to your mortgage, please forward this document to your attorney.

**CREDIT REPORTING**

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.  As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**MINI MIRANDA**

This communication is from a debt collector and it is for the purpose of collecting a debt and any information obtained will be used for that purpose. This notice is required by the provisions of the Fair Debt Collection Practices Act and does not imply that we are attempting to collect money from anyone who has discharged the debt under the bankruptcy laws of the United States.

**HUD COUNSELOR INFORMATION**

If you would like counseling or assistance, you may obtain a list of HUD-approved homeownership counselors or counseling organizations in your area by calling the HUD nationwide toll-free telephone number at (800) 569-4287 or toll-free TDD (800) 877-8339, or by going to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. You can also contact the CFPB at (855) 411-2372, or by going to www.consumerfinance.gov/find-a-housing-counselor.

**EQUAL CREDIT OPPORTUNITY ACT NOTICE**

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, or age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has, in good faith, exercised any right under the Consumer Credit Protection Act. The Federal Agency that administers Carrington Mortgage Services, LLC's compliance with this law is the Federal Trade Commission, Equal Credit Opportunity, Washington, DC 20580.